**INDEX OF EXHIBITS TO PLAINTIFF'S VERIFIED COMPLAINT FOR EMERGENCY INJUNCTIVE RELIEF; DAMAGES; AND FURTHER INJUNCTIVE RELIEF**

Exhibit A Prof. Berry Mehler, Ph.D., Curriculum Vitae

Exhibit B Dr. Mehler's Essay in Support of his 2014 merit-based promotion request

Exhibit C Prof. Gary Heuy, Ph.D., Letter in Support of Dr. Mehler's 2014 merit-based promotion

Exhibit D Flier for April 4, 2014, "Passion for the Past" series sponsored by Ferris State University's Honors Program

Exhibit E Dr. Mehler's Consent to Nominate for the 2015 Distinguished Teacher Award

Exhibit F 2017 Distinguished Teacher Award Selection Committee Letter to Dr. Mehler

Exhibit G Combined Syllabi for Dr. Mehler's classes for the Spring 2022 Term

Exhibit H USB Data stick with a copy of Videos to be physically filed

Exhibit I Transcript of the Video used to make the Video (Ex. H)

Exhibit J The Letter – Combined e-mail from Defendant Cagle and letter attached thereto

Exhibit K Ferris State University's Employee & Student Dignity Policy

Exhibit L Agreement between Ferris State University and the Ferris Faculty Association, the "CBA"

Exhibit M Associated Press, *Ferris State University Professor on Leave After Bizarre Video About Grades*, Detroit Free Press (Jan. 14, 2022, 8:32 a.m.), https://www.freep.com/story/news/local/michigan/2022/01/14/ferris-state-university-professor-barry-mehler-video-grades/6524425001/ (last visited Jan. 19, 2022)

Exhibit N Shawn Ley, *Ferris State University Professor Suspended over Video of Profanity-Laced Rant*, Click on Detroit (Jan. 14, 2022, 7:31 p.m.), https://www.clickondetroit.com/news/local/2022/01/15/ferris-state-

university-professor-suspended-over-video-of-profanity-laced-rant/ (last visited Jan. 19, 2022)

Exhibit O News 9and10 Site Staff, *Ferris State Professor on Leave After Posting Profanity-Laced Video to Students Online*, News 9&10 (Jan. 13, 2022), https://www.9and10news.com/2022/01/13/ferris-state-professor-on-leave-after-posting-profanity-laced-video-to-students-online/ (last visited Jan. 19, 2022)

Exhibit P Eduardo Medina, *Professor Who Called Students 'Vectors of Disease' in Video Is Suspended*, New York Times (Jan. 16, 2021), https://www.nytimes.com/2022/01/16/us/barry-mehler-coronavirus.html (last visited Jan. 19, 2022)