**Barry Alan Mehler**
**Curriculum Vitae**
**[Fall 2019]**

# PERSONAL INFORMATION

Biographies listed in *Who's Who in America* (1998-2010); *Who's Who in the Midwest* (1994-2010) *Who's Who in American Education* (5th Edition, 1995-95); *Who's Who in the World* (13th -15th editions, 1995-1997); *Men of Achievement* (International Biographical Centre, Cambridge, England, 17th Edition, 1997).

Listed on Profnet as academic expert on eugenics (www.vyne.com/profnet/ped/experts/mo1620.html).

Birth date:          18 March 1947
Place of Birth:      Brooklyn, New York

Home Address:        216 Rust Ave.
                     Big Rapids, MI 49307

Office Address:      Department of Humanities
                     Ferris State University
                     2064 Arts & Science Commons
                     Big Rapids, MI 49307
                     (616) 591-3612
                     FAX: (616) 591-2618
                     email: mehlerb@ferris.edu
                     website: www.ferris.edu/isar

# EDUCATION

1988 Ph.D.           University of Illinois, Champaign-Urbana
                     Fields: History of Racism; Behavior-Genetic Analysis;
                     History of Science Thesis: "A History of the American Eugenics Society, 1921-1940"

1972 M.A.            City College of New York [Labor History] Dissertation: "John R. Commons."  Irwin Yellowitz, advisor.

1970 B.A.            Yeshiva University, New York [History]

EXHIBIT A
PAGE 1

Page 2
Mehler

## ACADEMIC EXPERIENCE

| 1988-Present | **FERRIS STATE UNIVERSITY** |
| 1988-90 | Instructor, Department of Humanities |
| 1990-93 | Assistant Professor |
| 1994-99 | Associate Professor, (tenured). |
| 1999- | Professor |

1986-88 **UNIVERSITY OF ILLINOIS**
**IBM EXCEL PROJECT:**
Designing programs in historical demography and Supercomputer applications for the social sciences.

1981-85 **UNIVERSITY OF ILLINOIS**
**PROGRAM FOR THE STUDY OF INSTITUTIONAL RACISM**
National Institute of Mental Health, Trainee

1976-1980 **WASHINGTON UNIVERSITY, ST. LOUIS**
**RESEARCH ASSOCIATE IN THE HISTORY OF SCIENCE**
National Science Foundation Fellow

1977 **WASHINGTON UNIVERSITY**
INSTRUCTOR (History)

## COURSES TAUGHT

New Courses developed since 2014:

History 360: Genocide in the Modern World

**Courses taught at Ferris:**

History 121:   American History Survey to 1877
History 122:   American History Survey from 1877
History 251:   Science and Racism
History 230:   Michigan History
History 257:   History of Terrorism
History 276:   History of Science and Technology
History 280:   History of Medicine and Health Care
History 277:   History of American Business
History 301:   Racism in the Modern World
History 342:   The Civil War and Reconstruction
History 372:   The Middle East in the Modern Era

**EXHIBIT A**
**PAGE 2**

Page 3
Mehler

History 375:   Latin America in the Modern World
Independent Studies: Ghandi (Fall 2009)
The Holocaust
History of Genocide
The Supreme Court in the Twentieth Century
Computing for Social Scientist and Historians
Using a Database Management Package
Survey of Western Civilization
The Jewish Experience in America, 1880-1975

## RESEARCH INTERESTS

Genocide and Crimes Against Humanities
History of Incest and other Crimes of Misogyny
History of Racism, Sexism and Antisemitism
History of Science, Technology and Medicine
History of Business, Labor and Economics
History of Genetics, Eugenics and Biology
Drug Policy & Education
Hate Studies
Immigration and White Nationalism

## PROFESSIONAL ACTIVITIES: 2019-2014

**Present**

- Director, Ferris Shoah Project, 2016 to present.

- During the 2017-2018, half-time release. During this release time I worked on the following projects related to the Shoah initiative.

**Fall 2017**

- Formal rollout of the Ferris State University Shoah Studies Program occurred from September 11-14. 2017.

- I began a faculty "Learning Community," with 20 faculty, staff, and administrators. This included faculty from Math, Nursing, History, Social Work, and International Students Programs. The focus of this group is to explore ways to use the Archives in different programs. Social Work, for example, will use the Archive to teach about trauma and empathy.

- I helped coordinate several new Jewish oriented programs on campus.

**EXHIBIT A
PAGE 3**

Page 4
Mehler

**Spring 2018**

- I introduced a new course, "Shoah: Comparative Genocide in the Twentieth Century."

- The Learning community continued its work with each member of the group sharing their course development ideas.

- On April 17, Yael Aronoff. Director of the Jewish Studies Program at MSU, will be on campus to present on the "Shifting Sands in the Middle East: Opportunities and Challenges for Israel."

- On Sunday. April 29. I led a group of our students, faculty and administrators visited the Holocaust Memorial Center in Detroit.

- Big Rapids Historical Preservation Commission (BRHPC), Member of the managing committee (from Fall 2010).

    - The BRHPC manages two historic properties in Big Rapids, the Old Jail and the Bergelin House. As an active member of the BRHPC, I attend monthly meetings as well as help with fund raising and program planning.

    - I arranged for the Phi Alpha Theta History Honors Society to have their inductions at the Old Jail.

    - I have also encouraged our history students to involve themselves with historical preservation of the two historic structures that BRHPC manages. Chair, Bryan Ridenour.

**17 October 2014.**

- Life Sciences in the 20th Century: A symposium in honor of Garland Allen's Retirement, Washington University, St. Louis, Mo.

**27 August 2014.**

- Barry Mehler, "A prominent historian of science dies and no one takes notice," History News Network, George Mason University. This was a belated tribute to Daniel E. Gasman, who died December 19, 2012.

**16 April 2014.**

- The first ever Passover celebration on campus at Ferris State University. The Seder was sponsored by the Office of International Education and led by Aviva Cantor, who spent a week on campus as part of the Beyond Mythology programs for the Spring.

**EXHIBIT A**
**PAGE 4**

Page 5
Mehler

**10 April 2014.**

- "Judaism: Mythology, Mysticism, and Anti-Semitism" a lecture by Aviva Cantor as part of the Beyond: Mythology program, Spring 2014.

  - I initiated the program, wrote the grant for funding from the Diversity and Inclusion Office.

  - I also organized the semester long book discussion of the authors classic, "Jewish Men, Jewish Women: The Legacy of Patriarchy in Jewish Life." The book club met three times during the Spring semester sponsored by the Faculty Center for Teaching and Learning.

**31 January 2014.**

- "Patriarchy and Traditional Jewish Culture," an exploration of Jewish myth and law related to sex, marriage, and family life.

**28 February 2014.**

- "Assimilation and Acculturation," an exploration of Jewish women's relationship to Israel and communal life."

**28 March 2014.**

- "The Holocaust and the Rise of Jewish Feminism."

**10 March 2014.**

- Review: Randall Hansen and Desmond King, "Sterilized by the State: Eugenics, Race, and the Population Scare in Twentieth-Century North America," History: Reviews of New Books (Westview Press, Boulder Co).

**January 2014.**

- "Hereditarianism," The Wiley-Blackwell Encyclopedia of Race, Ethnicity and Nationalism (scheduled for publication in December 2014).

**12 November-15 November 2013.**

- Research trip to the Bentley Library at the University of Michigan to examine the papers of John B. Trevor, 1921-1951 and John B. Trevor, Jr.  1939-1987. I brought back several thousand pages of documents relevant to Michigan history, the history of eugenics, the Pioneer Fund (both father and son were members of the Pioneer Board), and John Tanton's Federation of American Immigration Reform in Petosky.

Page 6
Mehler

**21 November 2013.**

- "The Sheridan Arson: Silence in the face of racially justified violence?" The Humanities Colloquium Series, IRC 115.

**30 September 2013.**

- Faculty Development Grant to the Institute for the Study of Academic Racism to obtain materials from the Bentley Library at the University of Michigan, Ann Arbor for the ISAR Archives Project.

**7 July - 14 July 2013.**

- Aviva Cantor Archives Project. I went to New York to meet with Aviva Cantor to make finalize an agreement for ISAR to act as the executor of Ms. Cantor's archives and ephemera.

**10 May 2013.**

- Spring Commencement. I regularly attend the Spring Commencement.

**8 May 2013.**

- Certificate for Online Adjunct Teaching (COAT) Course.  Certificate of Completion.

**27 April 2013.**

- Judge, Michigan History Day State Finals.

**20 April 2013.**

- "Anti-semitism in America, the High Tide: 1921-1940," talk given at the History Center of Traverse City, Michigan.

**23 March 2013.**

- "Sinners in the Hands of an Angry Exegete: New Light on Jonathan Edwards," paper presented at Phi Alpha Theta Conference hosted by Ferris State University.

**January 2013.**

- "Remembering Helen Eisen (1946-2012)," archival obituary including this short remembrance, a book of her poems and samples of unpublished poems. Posted on the ISAR website.

**EXHIBIT A
PAGE 6**

Page 7
Mehler

**29 January 2013.**

- "The People & The Olive: the story of the run across Palestine." I hosted and moderated a discussion for this "Beyond Politics" program.

**10 January 2013.**

- "Sinners in the Hands of an Angry Exegete," ISAR Archives. http://www.ferris.edu/isar/archives/edwards.pdf

**15 April 2012.**

- "Historic Preservation in the Holy Land," a talk sponsored by the Big Rapids Historic Preservation Commission and presented at the Old Jail, 220 S. Stewart St.

**10 March 2012.**

- Teaching American History project-American Success through Purposeful Instruction and Rigorous Education (ASPIRE). All day workshop for public school teachers in the Alpena school district. This session was on the use of primary sources.

- The program was federally funded in March 2010 and Gary Huey and I participated in the program between 2010 and 2012.

**26 January 2012.**

- "Israel: Then and Now," The Humanities Colloquium Series.

**2 January 2012.**

- "Eugenics, Racism and Antisemitism in the USA - 1921-1939," Research Seminar presented at the International Center for the Study of Antisemitism, Jerusalem, Israel. Robert S. Wistrich, Chair.

**10 October 2012.**

- "Remembrance: J. Phillipe Rushton," note on the passing of J. Phillipe Rushton, ISAR online archive. http://www.ferris.edu/isar/bios/rushton/remembrance.htm

**3 August 2012.**

- Attended, "Fabricating Professional Exhibits for Under $500," a History Skills Workshop run by the History Society of Michigan in Lansing.

**EXHIBIT A**
**PAGE 7**

Page 8
Mehler

**28 April 2012.**

- Judge for the Michigan History Day Finals.

**16 July 2012.**

- "Jewish      Dietary      Law      and      Your      Local      Health      Food      Store,"
  All About Health, 207 S. Michigan Ave.

**10 June 2012**

- Aviva Cantor Archives Project, New York.
- This trip was part of an ongoing project to archive the work of one of America's leading
  Jewish Feminist journalists. Aviva came to Ferris as part of our Beyond series.

**19 November 2011.**

- Teaching American History project-American Success through Purposeful Instruction and
  Rigorous Education (ASPIRE). All day workshop for public school teachers in the Alpena
  school district. This session was on the use of primary sources.

- The program was federally funded in March 2010 and Gary Huey and I participated in the
  program between 2010 and 2011.

**23 September 2011.**

- Faculty Development Grant of $2000 for research trip to Israel.  I also received $850 from
  Timme.  The trip took place between 12/25/11 and 1/08/12.

**11 June 2011.**

- Second Academic Program Review of the History B.A.. I was responsible for Section I of
  the Program Review. Other authors included, Kimn Carlton-Smith, Gary Huey and Jana
  Pisani.

**7 June 2011.**

- "Walter Benjamin, Gershom Scholem and Franz Kafka: Tattered Remnants," a Tikkun Lail
  Shavuot talk at Ahavas Israel, Grand Rapids

**30 April 2011.**

- Judge at the Michigan History Day competition.

**EXHIBIT A**
**PAGE 8**

Page 9
Mehler

**26 March 2011.**

- "Defining the Essence and the Purpose of Human Life," A symposium sponsored by Charles and Elizabeth Hunsinger and held at the Rankin Student Center Centennial Room.

**23 February 2011.**

- Attended workshop at Notre Dame:

- Emanuel Faye, "Heidegger and the Nazi Movement in the Interpreations of Hannah Arendt, Eric Voegelin and Aurel Kolnai."

**21 January 2011.**

- Zechariah Fendel (1929-2011): A Remembrance. ISAR Blog Post.
  http://isaratferris.blogspot.com/2011/01/zechariah-fendel-1929-2011-remembrance.html

**2010-2005.**

- Ferris State Historical Taskforce Committee which organized our 125th Anniversary celebrations

**2006-2010.**

- Humanities Department Tenure Review Committee

**2005-2010.**

- Advisor for the History Minors.

**2005.**

- First Academic Program Review for the History B.A.

**November 2010.**

- ***Master Teacher workshops***

    The Alpena, Atlanta, Hillman, Alcona and Bingham Academy school systems located in Northeastern Michigan, partnered with Michigan State University in Lansing the Gilder Lehrman, Web Lessons; Gilder Collection History Museum, Ed Consulting, and Teachers Curriculum Institute (TCI) have joined together with the support of a federal grant to provide five year-long Historical Encounter sessions for 20 K-12 teachers of American history. Dr. Barry Mehler, Director of the Institute for the Study of Academic Racism and professor of history at Ferris State University was chosen to conduct the four annual day-long encounters with the teachers.

**EXHIBIT A**
**PAGE 9**

Page 10
Mehler

**30 April 2010.**

- Commissioned to review a manuscript, *The Breeding of Exceptional Americans*, for the University of Massachusetts Press.

**24 April 2010.**

- Judge for the Michigan History Day Competition.

**4 March 2010.**

- *"Blood and Politics: Leonard Zeskind on white Nationalism.*" Williams Auditorium, I organized this event, which brought this nationally renown author and civil rights activist to campus, with a grant from the Diversity Office.

**23 February 2010.**

- Attended seminar conducted by the internationally renown French philosopher, Emanuel Faye, entitled: "Heidegger and the Nazi Movement In the interpretations of Hannah Arendt, Eric Voefelin and Aurel Kolnai," University of Notre Dame, South Bend, Indiana.

**7 February 2010.**

- Review: *A Lethal Obsession: Robert S. Wistrich's New History of Anti-Semitism* (New York: Random House, 2010). http://www.amazon.com/ss/customer-reviews/B0064XC3WK/ref=?_encoding=UTF8&*Version*=1&*entries*=0 Reposted in March 2010 at: http://www.ferris.edu/isar/obsession/

**11 December 2009.**

- "*The Ahnenerbe Project*"

  I worked with Michael Johnson, Associate Producer for JWM Productions which produced documentaries for the Discovery Channel. The Ahnenerbe was a Nazi era research foundation whose goal was to explore Nordic history, particularly ancient Nordic history back to the beginnings of the Aryan languages.

**3 December 2009.**

- The *Rwandan Genocide of 1994*, Expect Diversity [Ferris TV Student production]. Interview with J.B. Kagabo, a survivor of the Rwandan Genocide in 1994, discussed how his life was affected by the genocide. Dr. Barry Mehler discussed the evolution of evil and place the Rwandan tragedy in historical context.

**14 November 2009.**

**EXHIBIT A**
**PAGE 10**

Page 11
Mehler

- "*Genesis as History and Literature*," Congregation Ahavas Israel, Grand Rapids, MI.

**14 September 2009.**

- Presentation; Michigan Coalition for Immigration Reform. Loosemore Auditorium, Grand Valley State University Pew Campus, Grand Rapids, MI.

**2009.**

- Political Engagement Project. Integrated courses in the Fall semesters, participated in PEP Round Tables.

**18-24 August 2009.**

- New York Research Trip.

  Gathered several hundred pages of archival materials from the archives of the American Jewish Committee. Met with Terry Michael's curator of the New York Public Library to discuss the ISAR Archives. Interviewed a number of leading scholars on immigration and other issues. Met with Professor Daniel Gasman to discuss the ongoing, ISAR-Gasman publishing project.

**26 August 2009.**

- Report on the New York Trip submitted to Grant Snider

**25 April 2009.**

- Michigan History Day State Finals. Team Leader in Judging the Historical Documentary Category.

**Fall 2008.**

- Organized, FSU Compassionate Care Coalition. Proposition 1: Medical Marijuana Initiative. I coordinated the campaign for the passage of this initiative in this area, appearing on Ferris Television with Shawna Maudlin and on public television in Grand Rapids. I organized the Ferris Compassionate Care Coalition to work for passage of the initiate. Part of my PEP project.

**2008**

- Political Engagement Project. Integrated courses in both the Fall and Spring semesters, participated in PEP Round Tables.

Page 12
Mehler

**Fall 2007.**

- Contributor: "Amid Talk of 'Black Savages,' A Remarkable Exception," *Intelligence Report*, Southern Poverty Law Center p. 3. The report was based on my eye-witness account.

**2007.**

- Political Engagement Project. Integrated courses in both the Fall and Spring semesters, participated in PEP Round Tables.

**2007.**

- Michigan Response to Hate: Building United Communities, Michigan Department of Civil Right, Michigan State University, Lansing, Michigan.

**21 October 2006.**

- Great Lakes History Conference Panel: The American Response to the Holocaust. Panel Chair and Commenter.

**22 April 2006.**

- Michigan History Day. Judge in the group documentary category.

**18 September 2006.**

- Manuscript Reviewer, William Tucker, *The Cattell Controversy* (2009). Pre-publication review for the University of Illinois Press.

**4 December 2005.**

- Interview for documentary, "Psychiatry an Industry of death" Citizens Commission on Human Rights, Los Angeles, CA.

**2005.**

- "Paved with Good Intentions: The Relevance of Legal, Social, and Political Dynamics in 20th Century Eugenics to 21st Century Genetics" article reviewed for the Canadian journal, *History of Intellectual Culture* December 2005.

**19 March 2005.**

- Judge: Michigan History Day. Judge in the group documentary category.

**EXHIBIT A
PAGE 12**

Page 13
Mehler

**2004.**

- Participated in the Learner Centered Education program.

**2003-2004.**

- Ferris Faculty Association Executive Board, 2003-2004.

**2002.**

- Reviewed Mr. "Haeckel's Scientific Monism as Theory of History," for the Journal, Theory in Biosciences."

**2002.**

- Worked with Ron Blome, a producer for NBC News Atlanta Bureau for a program on the Counsel of Conservative Citizens.

**2002-2004.**

- Immediate Family, Inc. Advisory Board. Immediate Family provides shelter and safe houses for battered or abused individual in non-traditional relationships.

**2001.**

- Reviewer for University of Illinois Press of "The Funding of Scientific Racism" published in 2003.

- *Institute for the Study of Academic Racism* (ISAR).  Founder and Executive Director of ISAR.  Incorporated in 1993, ISAR is an organization that monitors campus racism and serves as a resource center for legislators, civil rights groups, and journalists.  The institute conducts seminars and workshops on confronting campus racism and runs a web site at www.ferris.edu/isar.

- *Structure Learning Assistance Program*.  Begun as a pilot project by Dr. Judy Hooper and Barry Mehler in 1993, the program received more than $300,000 in grant aid from 1993 to 1997.  SLA integrates study skills into the core curriculum, working with both professors and students.  The program involves mandatory attendance in a four-hour lab attached to traditional lecture courses.  Over a three-year experimental period, open admission minority students with significantly lower ACT and GPA scores, consistently outperformed the control group.  By the Winter 1997, there were 21 SLA courses with 2000 students participating.

- *Partnership for Responsible Drug Information* (PRDI) (14 West 68th Street, New York, NY 10023); Listed in The PRDI Drug Issues Rources Directory for the Media First Edition, edited by Aaron Wilson (March 1997).

Page 14
Mehler

- *Voluntary Committee of Parents for: A Different Look at DARE*: Web site: http://www.drcnet.org/DARE/index.html 1992-2000.

- Editorial Advisory Board of the *Fanny Hurst Newsletter* published by Gettysburg College in Gettysburg, Pennsylvania.  1989-1994.

- Judge: Women's Caucus Awards for Excellence in Feminist Studies of Popular Culture and American Culture.  1999 – Present.

- Advisory Board, International Institute for the Study of Psychiatry and Psychology, appointed.  1980.

- Founder of People Organized to Stop Rape of Imprisoned Persons (POSRIP), POSRIP was the parent organization of Stop Prison Rape (www.spr.org) and is today, Just Detention International (http://www.justdetention.org/).

## HONORS, AWARDS, FELLOWSHIPS AND GRANTS

**April 2014.**

- Diversity Mini Grant. $3,000 to bring Aviva Cantor to campus in the Spring for the Beyond Mythology program.

**30 September 2013.**

- Faculty Development Grant to the Institute for the Study of Academic Racism to obtain materials from the Bentley Library at the University of Michigan, Ann Arbor for the ISAR Archives Project.

**23 September 2011.**

- Faculty Development Grant of $2000 for research trip to Israel. I also received $850 from Timme.  The trip took place between 12/25/11 and 1/08/12.

**November 2010.**

- Master Teacher Workshops.

- The Alpena, Atlanta, Hillman, Alcona and Bingham Academy school systems located in Northeastern Michigan, partnered with Michigan State University in Lansing the Gilder Lehrman, Web Lessons; Gilder Collection History Museum, Ed Consulting, and Teachers Curriculum Institute (TCI) have joined together with the support of a federal grant to provide five year-long Historical Encounter sessions for 20 K-12 teachers of American history. Dr. Barry Mehler, Director of the Institute for the Study of Academic Racism and

Page 15
Mehler

professor of history at Ferris State University was chosen to conduct the four annual day-long encounters with the teachers.

**November 2009.**

- Diversity Mini Grant. $3,500 grant to bring Leonard Zeskind to campus in the Spring to speak about his new book, Blood and Politics: The History of the White Nationalist Movement. This is part of a larger PEP project in support of the immigration reform bills now working their way onto the floor of Congress.

**2003.**

- Selected to be honored at the Annual Student Athlete Advisory Committee Faculty Appreciation Night.

**2003.**

- Distinguished Team Award Winner, Historical Commemorative Committee – for W.F. Ferris birthday celebration.

- Ferris State Board of Control Certificate of Recognition.  Citation awarded by Ferris State University President, William A. Sederburg before the Board of Control (18 November 1994).

**Fall 1988.**

- TIMME Center for Teaching Excellence.  Instructional Development Grant.  Ferris State University.

**Fall 1988.**

- Faculty Development Grant.  Ferris State University.

**1985-1986.**

- University of Illinois Babcock Fellowship in History.

**1981-1985.**

- National Institute of Mental Health Traineeship.

**1984.**

- Joseph Ward Swain Prize publication prize for, "The New Eugenics: Academic Racism in the United States Today," Science for the People, 1983.  Prize awarded by the University of Illinois.

Page 16
Mehler

**1977.**

- Rockefeller Foundation Grant-in-Aid.

**1976-1980.**

- National Science Foundation Internship.

## <u>PUBLICATIONS</u>

**ARTICLES AND REVIEWS**

Note:  Web site address are included where available.

27 August 2014. "A prominent historian of science dies and no one takes notice," *History News Network* (Virginia: George Mason University, 2014). http://historynewsnetwork.org/article/156738

Rev: Robert Wistrich, A Lethal Obsession: Anti-Semitism from Antiquity to the Global Jihad (New York: Random House, 2010). http://www.ferris.edu/isar/obsession/

"Spaces: The Genius of Biblical Narrative," A lecture presented at Congregation Ahavas Israel, Grand Rapids (November 14, 2009).

Emmanuel Faye, Heidegger: *The Introduction of Nazism into Philosophy* (Yale University Press 2009) reviewed on Amazon 27 November 2009. http://www.amazon.com/Heidegger-Introduction-Philosophy-Unpublished-1933-1935/dp/0300120869/ref=sr_1_1?ie=UTF8&s=books&qid=1259521350&sr=8-1

William H. Tucker, The Cattell Controversy: *A Case Study of Science and Ideology* (University of Illinois Press, 2009). Amazon Review, April 17, 2009. http://www.amazon.com/review/R1180FD2SXDJKJ

James West Davidson, '*They Say' Ida B. Wells and the Reconstruction of Race* (Oxford University Press, 2007) reviewed for History: Reviews of New Books (Helfred Publications, Washington, D.C.) June 22, 2008.

Joost R. Hiltermann, *A Poisonous Affair: America, Iraq, and the Gassing of Halabja*. (Cambridge University Press, 2007) reviewed for History: Reviews of New Books (Helfred Publications, Washington, D.C.) September 22, 2007.

"Amid Talk of 'Black Savages,' A Remarkable Exception," *Intelligence Report*, Southern Poverty Law Center (Fall 2007) p. 3.

**EXHIBIT A**
**PAGE 16**

Page 17
Mehler

"The Talmudic Laws for the Acquisition of a Slave," essay for *Spiritual Transformation* (Fargo, ND: Ephemera Publishing, 2007).

Mary S. Hoffschwelle, *The Rosenwald Schools of the American South* (Gainesville, Florida: University of Florida Press, 2006) reviewed in History: Reviews of New Books Vol. 35, No. 4. Summer 2007.

Howard Ball, *Justice in Mississippi*: The Murder Trial of Edgar Ray Killen (Lawrence, Kansas: University of Kansas Press, 2006) reviewed for History: Reviews of New Books (Heldref Publications, 22 June 2006).

Jackson, John P., Jr. and Nadine M. Weidman, eds. *Race, Racism and Science: Social Impact and Interaction* (New Brunswick, New Jersey and London: Rutgers University Press, 403 pp., $29.95 paper, 2006) reviewed for History: Reviews of New Books (Heldref Publications, 22 June 2006).

William H. Tucker, *The Funding of Scientific Racism: Wickliffe Draper and the Pioneer Fund*, Champaign/Urbana, Illinois: University of Illinois Press, 2002, x + 286 pp., $36.95/ paper, 24.95. reviewed for History of Philosophy of the Life Sciences, 2006.

Edwin Black, *War Against the Weak: Eugenics and America's Campaign to Create a Master Race*. (New York: 2003) reviewed in the Journal of American History v. 91 #2 (September 2004)

Daniel Gasman, Haeckel's *Monism and the Birth of Fascist Ideology*, reviewed for the <u>Journal of the History of Biology</u> 34: 195-226, (2001)

"Eugenics and the Dangers of Academic Racism," *Encyclopedia of Genocide* (Israel Charney, Editor: Institute on Holocaust and Genocide Studies, Jerusalem, 1999).

"Euthanasia and Genocide, *Encyclopedia of Genocide* (Institute on Holocaust and Genocide Studies, Jerusalem, 1999).

"Life Unworthy of Living" *Encyclopedia of Genocide* (Institute on Holocaust and Genocide Studies, Jerusalem, scheduled for publication, 1999).
"Race and 'Reason': Academics Ideas a Pillar of Racist Thought," *Intelligence Report* (Southern Poverty Law Center, Winter, 1999).

"The Natural Self-Genocide of Raymond Cattell," *Searchlight* (London) # 283 (January 1999).

"Raymond B. Cattell and the Social Context of Science," essay appeared in a special issue of the Canadian *Psychological Association's History and Philosophy of Psychology Bulletin* entitled: "Psychology, Eugenics and the Case of Raymond B. Cattell" Volume 10 # 2 (1998) pp. 16-19.

"The Funding of Race Science," *Searchlight* (London) No 277 (July 1998) with Keith Hurt as second author.

Page 18
Mehler

Diane B. Paul: Controlling Human Heredity: *1865 to the Present* (New Jersey: Humanities Press, 1995) reviewed in ISIS  88 #2 (June 1997).

"Beyondism:  Raymond B. Cattell and the New Eugenics," Genetica 99 #2-3 (1997) pp. 153-163. http://www.ferris.edu/isar/genetica.htm

"A Different Look at DARE:  One Parent's Perspective," DRCNet (October 1996) http://www.drcnet.org/DARE/parent.html

"Heredity and Hereditarianism," in *Philosophy of Education*: *An Encyclopedia* edited by J.J. Chambliss (New York & London: Garland Publishing, 1996) pp. 260-263.Website: http://www.ferris.edu/htmls/academics/syllabi/mehlerbarry/heredi~1.htm

"Israel Diary, 1996," in *Israel Horizons* 44 #1 (Spring 1996) p. 12.

"Report of the McIntosh Commission on Fair Play in Student-Athlete Admissions " (December 1994).  Report presented to Congresswoman Cardiss Collins, Chair, Subcommittee on Commerce, Consumer Protection, and Competitiveness.  No first author - committee report.

"In Genes We Trust: When Science Bows to Racism," cover feature in Reform Judaism Vol. 23 #2 (Winter 1994) pp. 10-14; 77-79.  Revised and republished *The Public Eye* (March 1995); RaceFile 3 #3 (May-June 1995), pp. 53-54.  Networking: A *Publication of the Fight the Right Network #4* (30 March 1995) p. 6. The subject of "U.S. and a Racist Fund are Subsidizing 'Genetic Superiority' Theories, "B'nai B'rith Messenger (18 November 1994) p. 1; 7.  Web site: http://www.ferris.edu/htmls/academics/syllabi/mehlerbarry/ingene~1.htm. Also available at the website for the Center for the Study of Psychiatry and Psychology and posted May 1997) on Walkers in Darkness, an email list on mental illness (May 1997) (rosaphil<rugosa@interport.net>).

"African American Racism in the Academic Community," *The Review of Education* 15 # 3/4 (Fall 1993).  Revised and republished as "Addressing the Problem of African-American Racism in Academia," in *Martyrdom and Resistance* (Nov.-Dec. 1993).  Martyrdom and Resistance is published by the International Society of Yad Vashem which is the world's leading organization representing Jewish Holocaust Survivors.  This is the third article of mine which they have revised and republished.

Angus McClaren, Our Own Master Race: Eugenics in Canada, 1885-1945 (Toronto: McClelland & Steward, 1990) for the Journal of the History of Behavioral Science Volume 28 (October 1992).

James Ridgeway, Blood in the Face: *The Ku Klux Klan, Aryan Nations, Nazi Skinheads, and the Rise of a New White Culture* (New York: Thunder Mouth Press, 1990) for Hadassah magazine (February 1992).

Review Article - "An Irresponsible Farewell Gloss," *Educational Theory* 40 #4 (Fall 1990) pp. 501-508. Jerry Hirsch (first author), University of Illinois and Gordon Harrington, University of Northern Iowa.

Page 19
Mehler

"Foundation for Fascism: The New Eugenics Movement in the United States," *Patterns of Prejudice* (London) 23 #4 1989 pp. 17-25.

George Eisen, <u>Children and Play in the Holocaust</u>: Games among the Shadows, (Amherst, University of Massachusetts Press, 1988) for <u>Holocaust and Genocide Studies: An International Journal</u> 4 #2 (1989).

"Survey of Response to Computer-Assisted Instructional Exercises in American History," Ferris State University (April 1989), Dr. Fred Swartz as second author.

"<u>Rightist on the Rights Panel</u>," *The Nation* (7 May 1988) pp. 640-641. Revised and Republished in *Martyrdom and Resistance* as "Iowa Civil Rights Head Charged with Right Wing, Racist Links," (May-June 1988).

Theodore M. Porter, *The Rise of Statistical Thinking*, 1820-1900 (Princeton, Princeton University Press, 1986) and Stephen M. Stigler, *The History of Statistics*: The Measurement of Uncertainty before 1900 (Cambridge, Harvard University Press, 1986). Journal of Interdisciplinary History (Winter 1988).

Jasmid Momeni, *Demography of Racial and Ethnic Minorities in the United States: An Annotated Bibliography with Review Essay* (Greenwood Press, Westport 1984). Social Biology (Winter 1988).

Michael M. Sokal, ed. *Psychological Testing and American Society*, 1890-1930 (New Brunswick, Rutgers University Press, 1987) Journal of Social History (December 1988).

*Instructional Workbook for Database Exercises and Quantitative Methods: Exercise I*: Colonial America (School of Humanities, University of Illinois, 1987). Senior author, Orville Vernon Burton.

*In The Name of Eugenics* by Daniel Kevles, <u>Journal of Social History</u> 20 #3 (March 1987) pp. 616-19.

"Eliminating the Inferior: American and Nazi Sterilization Programs," Science for the People 19 #6 (November/December 1987) pp. 14-18. Reprinted in *Martyrdom and Resistance*, as "Reveal Eugenics Society Did Endorse Genocidal Goals of the third Reich," (Jan.-Feb. 1988).

"<u>Eugenics has a long racist history</u>," co-authored with Jerry Hirsch, Contemporary Psychology 31 #8 (August 1986) p. 633.

"<u>Rewriting Mental Testing History:</u> The View From the American Psychologist," co-authored with S. Gelb, G. Allen and A. Futterman, *Sage Race Relations Abstracts* (May 1986) pp. 18-31. S. Gelb, first author.

Page 20
Mehler

*Crime and Human Nature* by James Q. Wilson and Richard J. Herrnstein, Science for the People (May/June 1986) pp. 26-27.

"The New Eugenics: Academic Racism in the U.S. Today," Science for the People (May 1983). Winner of the Joseph Ward Swain Prize; the subject of "Academic Racism," a syndicated column by Manning Marable, Director of the Institute in African American Studies, Columbia University; reprinted in "Biology As Destiny" a special educational supplement of *Science for the People* (January 1984); revised and reprinted in *Israel Horizon's* magazine (January 1984); translated and reprinted in Jean Belkhir (Ed.) Egalite Sociale, Diversite Biologique (Science Libre, Paris 1985) pp. 73-91.

Walter Benjamin: *Story of a Friendship* by G. Scholem, St. Louis Jewish Light (April 4, 1984).

*Darwinism and Human Affairs* by R. Alexander, <u>Social Biology</u> 31 #1/2 (1983) pp. 178-180.

"Social Reform," A review of the Bureau of Social Hygiene Papers. *Rockefeller Archive Center Newsletter* (Spring 1982).

"Genetics and Intelligence," in *The Ku Klux Klan: A History of Racism and Violence* (Southern Poverty Law Center, Montgomery 1981).

<u>Social Darwinism:</u> *Science and myth in Anglo-American Thought* by R. Bannister, Social Biology 27 #4 (Winter 1980).

"Madge Thurlow Macklin: Pioneer in Medical Genetics," *Notable American Women* (Harvard University Press, Cambridge 1980).

*Beast and Man* by Mary Midgley, American Scientist 67 #3 (May/June 1979).

"Sources in the Study of Eugenics #2: The Bureau of Social Hygiene Papers" *Mendel Newsletter* (November 1978).

"Sources in the Study of Eugenics #1: Inventory of the American Eugenics Society Papers" *Mendel Newsletter* (June 1977). Cited in Population Control Politics by Tom Shapiro (Philadelphia 1985).

## Selected Citation History

<u>Citations of my work from 2000 to 2013:</u>

- For 2009 to 2014, Google Scholar identifies 113 citations of my work, including 36 citations of my 1988 dissertation, an indication of the continued relevance of that work. The most recent citation identified by Google Scholar was to Stefan Kuhl's new book, For the Betterment of the Race: The Rise and Fall of the International Eugenics Movement (2013). Kuhl's first book, The Nazi Connection (Oxford 1994) also cited my work. In fact, Stefan was twice a guest in my home while he was working on his book which was partially based on ISAR archival materials. I would also like to mention Marianne Blacken's novel,

Page 21
Mehler

Bastionerna (2005), a Finnish novel, in which I am fictionalized. One of the plots of the book involves Barry Mehler, the Director of the Institute for Academic Racism who is involved in exposing a racist professor.1

- In 2000, Charles Allen, Jr., a crusading journalist who was the first to write about Nazi war criminals in the U.S., succumbed to early onset Alzheimers. At the time, no one was interested in Allen's work and many of his manuscripts remained unpublished. As one of Allen's closest friends, I was asked to take charge of his papers and books. I dropped everything and spent a week in New York packing up the contents of Allen's apartment including over 65 boxes of research notes, publications, FOIA searches and unpublished manuscripts. Fourteen years later, Eric Lichtblau has published the first book on Nazi war criminals in the U.S. which credits Allen's work.2 Last week, AP journalist, Randy Herschaft, contacted me to say that he is keenly interested in seeing those manuscripts. We very well might see some of Allen's manuscripts posthumously published.

**2013**

A. Hessenbruch, *Reader's Guide to the History of Science* (London: Routledge, 2013). pp. 233-34 - on the history of eugenics, credits mehler with the Haller/Ludmerer revision.

Kuhl, Stefan, *For the Betterment of the Race: The Rise and Fall of the International Eugenics Movement* (New York: Palgrave, 2013). 14 citations.

**2010**

Blumberg, Mark S., Freaks of Nature: *What Anomalies Tell Us About Development and Evolution* (Cambridge: Oxford University Press, 2013). p. 257.

Andrew S. Winston, "Science in the Service of the Far Right: Henry E. Garrett, the IAAEE, and the Liberty Lobby," *Journal of Social Issues*, vol. 54, no. 1, pp. 179-210, 2010.

Alison Bashford, Philippe Levine, editors, *The Oxford Handbook of the History of Eugenics* (Cambridge: Oxford University Press, 2010/2012).

*Whitaker, Robert, Mad In America: Bad Science, Bad Medicine, and The Enduring Mistreatment of the Mentally Ill* (New York: Basic Books, 2010). Cited on pages xviii and 309.

---

1 Kuhl, Stefan, *For the Betterment of the Race: The Rise and Fall of the International Eugenics Movement* (New York: Palgrave, 2013); Kuhl, *The Nazi Connection Eugenics, American Racism, and German National Socialism* (New York: Oxford University Press, 1994) and Marianne Blacken, *Bastionerna* (Omslag: Schildts Förlags, 2005).

2 Eric Lichtblau, *The Nazis Next Door: How America Became a Safe Haven for Hitler's Men* (Boston and New York: Houghton Mifflin Harcourt, 2014). For a discussion of Charles Allen's role, see, http://www.democracynow.org/2014/10/31/the_nazis_next_door_eric_lichtblau.

Page 22
Mehler

## 2009

William H. Tucker, *The Cattell Controversy: Race, Science, and Ideology* (Urbana: University of Illinois Press, 2009).

*Typecasting: On the Arts & Sciences of Human Inequality* by Elizabeth Ewen and Stuart Ewen (Seven Stories Press 2009) 2 citations.

## 2008

Avner Falk, Anti-semitism: A History and Psychoanalysis of Contemporary Hatred (Praeger, 2008)

Albert Ellis, Mike Abrams, and Dr. Lidia Dengelegi Abrams, *Personality Theories: Critical Perspectives* by (New York: SAGE Publications, 2008). See, pp. 394, 655 and 683.

Miele, Frank. *Intelligence, Race, And Genetics: Conversations With Arthur R. Jensen* (Westview Press, 2008).

Holmes, Barbara A. *Liberation and the Cosmos: Conversations With the Elders* (Fortress Press, 2008) p. 198.

*Racial Science and British Society*, 1930-62 by Gavin Schaffer (Hardcover -Oct 14,2008)

Brown, Elspeth H. *The Corporate Eye: Photography and the Rationalization of American Commercial Culture*, 1884-1929 (Johns Hopkins,2008) p. 258.

Kallis, Aristotle A. *Fascism and Genocide in Inter-War Europe* (Routledge Studies in Modern History, 2008).

Kallis, Aristotle. *Genocide and fascism: the eliminationst drive in fascist Europe* (Routledge Studies in Mondern History, 2008, reprinted 2011).

Pride, Richard A. *The Political Use of Racial Narratives: School Desegregation in Mobile, Alabama*, 1954-97 (UI Press 2008).

Dorr, Gregory Michal. *Segregation's Science: Eugenics and Society in Virginia* (Carter G. Woodson Institute Series, Univesity of Virginia Press, 2008). Cites AES, a number of times.

## 2007

Lenhoff, Howard M. *Black Jews, Jews, and Other Heroes: How Grassroots Activism Led to the Rescue of the Ethiopian Jews* (2007) p. 90

**EXHIBIT A**
**PAGE 22**

Page 23
Mehler

## 2006

Collins, Paul and Phil. *The Ascendancy of the Scientific Dictatorship: An Examination of Epistemic Autocracy, From the 19th to the 21st Century* (New York: BookSurge Publishing, 2006).

Daniel Levitas, *The Terrorist Next Door: The Militia Movement and the Radical Right* (New York: St. Martin's Griffin, 2006). p. 344, 433.

Lamb, Kevin, *Race, Genetics & Society: Glayde Whitney on the Scientific and Social Policy Implications of Racial Differences* (Washington D.C.: Scott Townsend, 2002). by Kevin Lamb (Scott Townsend 2002) 6 citations

## 2005

Kline, Wendy. *Building a Better Race: Gender, Sexuality, and Eugenics from the Turnof the Century to the Baby Boom* (University of California 2005).

Paul, Annie Murphy. *The Cult of Personality Testing: How Personality Tests are leading us to Miseducate our Children, Mismanage our Companies, and Misunderstand ourselves.* (New York: Free Press, 2005). See page 196 for the story of Cattell and the Gold Medal Award.

Blacken, Marianne. *Bastionerna* (Pieksamaki, Finland: Schildts, 2005).

Seldin, Steven, "Transforming Better Babies into Fitter Families: archival resources and the history of American eugenics movement, 1908-1930," *Proceedings of the American Philosophical Society* (2005) Jun 149(2) pp. 199-225.

Stern, Alexandra Minna. *Eugenic Nation: Faults and Frontiers of Better Breeding in Modern America* (Berkley: University of California Press 2005).

Brice, Tanya Smith. "Disease and Delinquincy Know No Color": Syphilis and African American Female Delinquency (Affilia, Sage Publications, Fall 2005).

Jackson, John P. *Science for Segregation: Race, Law, and the Case against Brown v. Board of Education* (New York: New York University Press, 2005).

King, Nancy, et. al. *The Social Medicine Reader, Second Edition, Vol Two: Social and Cultural Contributions to Health, Difference, and Inequality* (New York: Duke University Press, 2005).

Burkhardt, Richard W. Jr. *Patterns of Behavior: Konrad Lorenz, Niko Tinbergen, and the Founding of Ethology* (Chicago: University of Chicago Press, 2005).

Shanks, Pete. *Human Genetic Engineering: A Guide for Activists, Skeptics, and the Very Perplexed* (New York: Nation Books, 2005).
A

**EXHIBIT A**
**PAGE 23**

Page 24
Mehler

Franks, Angela. *Margaret Sanger's Eugenic Legacy: The Control of Female Fertility* (McFarland 2005).

Mezzano, M. "The Progressive Origins of Eugenics Critics: Raymond Pearl, Herbert S. Jennings, and he defense of scientific inquiry," *The Journal of the Gilded Age and Progressivism* (Cambridge 2005).

Tucker, "The Racist Past of the American Psychology Establishment," *Journal of Blacks in Higher Education* (2005). Online at:  http://www.jbhe.com/features/48_Cattell_case.html.

**2004**

Nissim, Mizrachi. "From badness to sickness: the role of ethnopsychology in shaping ethnic hierarchies in Israel," *Social Identities* , vol. 10, no. 2, pp. 219-243, 2004.

Craig, Newnes. "Psychology and Psychotherapy's Potential for Countering the Medicalization of Everything ," *Journal of Humanistic Psychology*, vol. 44, no. 3, pp. 358-376, 2004.

Meyer, JW Friend of the Movement: Networking for Birth Control 1920-1940 (Ohio State University Press, 2004).

Rosen, Christine. *Preaching Eugenics: Religious Leaders and the American Eugenics Movement* (Cambridge: Oxford University Press, 2004) seven citations.

Gabbard, David and Ross, E. Wayne. *Defending Public Schools* (Praeger Perspectives: 2004).

Swain, Carol M. *The New White Nationalism in America* (Cambridge: Cambridge University Press, 2004).

**2003**

Pinker, Steven, *The Blank Slate: The Modern Denial of Human Nature* (New York: Panguin, 2003). Cited on page 378, 442, 481, 501.

Nyborg, H. *The Scientific Study of General Intelligence* (Pergamon, 2003) pp. 443, 503, 620.

Ramsden, Edmund. "Social Demography and Eugenics in the Interwar United States, *Population and Development Review*, Vol. 29, No. 4. (Dec. 2003), pp. 547-593.

Ferber, Abby L. *Home-Grown Hate: Gender and Organized Racism* (Routledge: Perspectives on Gender, 2003) 225; 261.

Dowbiggin, Ian Robert. *Keeping America Sane: Psychiatry and Eugenics in the United States and Canada*, 1880-1940 (Cornell Studies in the History of Psychiatry, 2003).

**EXHIBIT A**
**PAGE 24**

Page 25
Mehler

Koppelman, Susan and Alix Kates Shulman. *Between Mothers and Daughters: Stories Across a Generation* (New York: Feminist Press, 2003).

Orodover, Nancy. *American Eugenics: Race, Queer Anatomy, and the Science of Nationalism* (St. Paul: University of Minnesota Press, 2003).

**2002**

Tucker, William H. *The Funding of Scientific Racism: Wickliffe Draper and the Pioneer Fund* (Urbana: University of Illinois Press, 2002).

Kuhl, Stefan, *The Nazi Connection: Eugenics, American Racism, and German National Socialism* (Cambridge: Oxford University Press, 2002). 29 citations.

Patterson, Charles, *Eternal Treblinka: Our Treatment of Animals and the Holocaust* (New York: Lantern Books, 2002) 250-251.

Staub, Michael E. Torn at the Roots: *The Crisis of Jewish Liberalism in Postwar America* (New York: Columbia U Press, 2002) Mehler's aricle was "one of the first openly gay statements to appear… p. 279.

Berenbaum, Michael J. *The Holocaust and History: The Known, the Unknown, the Disputed*, (Indiana University Press, 2002).

Schneider, William H. *Quality and Quantity: The Quest for Biological Regeneration in Twentieth-Century France* (Cambridge Studies in the History of Medicine, 2002).

**2001**

Breggin, Peter. *Reclaiming Our Children: A Healing Solution for a Nation in Crisis* (Perseus, 2001). A section of this text discusses my work in the creation of the Structured Learning Assistance Program.

Tokar, Brian. *Redesigning Life?: The Worldwide Challenge to Genetic Engineering* (Zed Books2001) 214.

Buchanan, Allen, et. al. *From Chance to Choice: Genetics and Justice* (Cambridge 2001).

**2000**

Berlet, Chip and Matthew N. Lyons. *Right-Wing Populism in America: Too Close for Comfort* (New York: Guilford Press, 2000) 397; 453. Cites several of my essays on academic racism.

Archer, Jill. "Anti-Drug 'Pledge of Allegiance' Stirs Controversy," CNS News Service (24 April, 2000). Cites my work on drug policy.

Page 26
Mehler

Tilove, Johnathan, "White Nationalists Decry Caucasion American Decline; Critics say they're just recycling racism of old" (Newhouse News Service, April 9, 2000).

Harry Weyher, "My Years with the Pioneer Fund." Memoir posted on Pioneer Fund Website, January 2000). Now available at: http://www.ferris.edu/isar/tanton/weyher.pdf

**1999**

African-American Opportunities in Higher Education: What Are the Racial Goals of The Center for Individuals Rights?

Cross, Theodore. The Journal of Blacks in Higher Education. New York: Apr 30, 1999. p. 94

Diane Roberts, "Well-Connected Racists Keep Friends in High Places," St. Petersburg Times (St. Petersburg, FL) Jan. 17, 1999 D1.

African-American Opportunities in Higher Education: What are the Racial Goals of the Center for Individual Rights? Theodore Cross

*The Journal of Blacks in Higher Education* > No. 23 (Spring, 1999), pp. 94-99

**1998**

Diane Roberts, "Well-Conneted Racist Keep Friends in High places" (17 January 1999)D1;5. http://www.ferris.edu/htmls/othersrv/isar/Institut/CCC/roberts.htm

Trevor Coleman, "At U-M and across nation this group takes aim at civil rights," Detroit Free Press (Saturday, 29 August 1998) p. 12A.

Constance Holden, "Cattell Relinquishes Psychology Award," Science 279 (6 February 1998)

**1997**

Martin Pernick, "Defining the Defective - Eugenics, Aesthetics, and Mass culture in Early-Twentieth-Century America," in David T. Michell and Sharon L. Snyder (Eds.) *The Body and Physical Difference: Discourses of Disability* (Ann Arbor: University of Michigan Press,1997).

Note 11 p. 103: "The literature on eugenics is vast. For an introduction to American eugenics, see... Barry Alan Mehler, "A History of the American Eugenics Society, 1921-1940," (Ph.D. diss., University of Illinois, 1988).

Dowbiggin, Ian Robert, Keeping America Sane: Psychiatry and Eugenics in the United States and Canada, 1880-1940. Cornell University Press, 1997.

Glayde Whitney, "Raymond B. Cattell and the Fourth Inquisition," *Mankind Quarterly XXXVIII* # 1 & 2 (Fall/Winter 1997).

Page 27
Mehler

David E. Stannard, "The Professional Life and Work of Stanley D. Porteus: A Report on the Proposed Renaming of Porteus Hall," American Studies at University of Hawaii, 12/1/97).

Citations to "Beyondism: Raymond B. Cattell and the New Eugenics," Genetica, 99 (1997) and ISAR web page for bibliographic references.

"Taking a Stand," Crimson and Gold (December 1997) p. 6.

"The Cattell Convention," *National Psychologist* (September/October 1997) p. 1-2.

"Dr. Cattell Attacked," American Renaissance (October 1997) pp. 11-12.

"American Psychological Association Postpones Award," Coalition for Human Dignity *Northwest Update* (15 September 1997).

"Footnotes," *Chronicle of Higher Education* (5 September 1997) p. A 14.

Philip Hilts, "Group Delays Achievement Award to Pyschologist Accused of Facist and Racist Views," New York Times (15 August 1997) p. A10.

**1996:**

Pernick, Martin S. *The Black Stork: Eugenics and the Death of "Defective" Babies in American Medicine and Motion Pictures Since 1915*. New York: Oxford University Press, 1996. (Cites Patterns of Prejudice).

Jean Stefancic and Richard Delgado, *No Mercy: How Conservative Think Tanks and Foundations Changed America's Social Agenda* (Philadelphia: Temple University Press, 1996).

Andrew S. Winston, "The Context of Correctness: A Comment on Rushton," J. of Social Distress and the Homeless 5 #2 (1996): 231-250. Cites Foundation for Fascism.

History of Genetics Web Pages Bibliography GGG BIOGRAPHICAL SOURCES published by the University of California, Davis (http://pubweb.ucdavis.edu/Documents/hps/291bib96.html), (10 Jan. 1996).

Margaret Quigley, *The Roots of the IQ Debate: Eugenics and Social Control* (Boston: Political Research Associates, www.publiceye.org/pra/eugenics.html, 15 Sept. 1996)

"The Pioneer Fund Speaks Out," (New York: Pioneer Fund, www.pioneerfund.org/speak.html, 27 July 1996).

"The New Face of Eugenics," *RACEFILE* 4#3 (May-June 1996) pp. 23-34. Listed under "Resources on Eugenics and Racist IQ Theories," is "Foundations for Fascism, *Patterns of*

**EXHIBIT A**
**PAGE 27**

Page 28
Mehler

*Prejudice* (1990)."  Annotation reads, "A good overview of the eugenics movement in the U.S. from its early origins to its recent mainstream acceptance in some academic circles."

Jonathan Mahler, "GOP Dragging Baggage to New Hampshire Vote: Forbes Waffles on Ellis; Brooks Blasts Buchanan," *Forward* (16 February 1996) p. 1.  Story details the connection between Steve Forbes and former Pioneer Board member, Thomas Ellis. http://www.forward.com/BACK/96.02.16/news.GOP.html

History of Genetics Web Pages Bibliography GGG BIOGRAPHICAL SOURCES published by the University of California, Davis (http://pubweb.ucdavis.edu/Documents/hps/291bib96.html), (10 Jan. 1996).

Margaret Quigley, *The Roots of the IQ Debate: Eugenics and Social Control* (Boston: Political Research Associates, www.publiceye.org/pra/eugenics.html, 15 Sept. 1996)

"The Pioneer Fund Speaks Out," (New York: Pioneer Fund, www.pioneerfund.org/speak.html, 27 July 1996).

**1995**

Diane B. Paul, *Controlling Human Heredity: 1865 to the Present* (New Jersey: Humanities Press, 1995).

Cantor, Aviva.  *Jewish Women/Jewish Men: The Legacy of Patriarchy in Jewish Life* (San Francisco: HarperSanFrancisco, 1995).  "Many early eugenicists, noted historian Barry Mehler, were rabidly anti-Semitic.  Eugenicist Madison Grant wrote in 1916 of the 'problem' Americans have 'with the Polish Jew, whose dwarf stature, peculiar mentality and ruthless concentration on self-interest are being engrafted upon the stock of the nation" (p. 316).

Rev: The Nazi Connection: Eugenics, American Racism, and German National Socialism by Stefan Kühl (New York: Oxford, 1994) reviewed by Michael Ash in *Isis* 86 #1 (official publication of the History of Science Society) pp. 136-37.  "Relying heavily on Barry Mehler's dissertation on the history of the American Eugenics Society and published works by others..."

"*In Genes We Trust:  When Science Bows to Racism*," excerpted in RaceFile 3 #3 (May-June 1995), pp. 53-54.

"*In Genes We Trust:  When Science Bows to Racism,*" excerpted in *The Public Eye* published by Political Research Associates (Cambridge, March 1995).

Maggie Heineman, "*In Genes We Trust: When Science Bows to Racism*," condensed from Winter 1994 RJ article.  In *Networking: A Publication of the Fight The Right Network* #4 (30 March 1995) p. 6.

Charles S. Farrell, "Report Blasts NCAA Score-Based Sports Eligibility," *Black Issues in Higher Education* (12 January 1995).  *Summary of the Report of the McIntosh Commission On Fair Play*

**EXHIBIT A
PAGE 28**

Page 29
Mehler

*in Student Athlete Admissions*.  Dr. Mehler was a member of the Commission and co-author of the Report.

**1994**

William H. Tucker, *The Science and Politics of Racial Research* (Urbana & Chicago: University of Illinois Press, 1994).

Joye Mercer, "A Fascination with Genetics," in *The Chronicle of Higher Education* (12/7/94).

"The Mentality Bunker," by John Sedgwick in Gentlemen's Quarterly (November 1994).
James Wright, "Collins, BCA denounce Beyondism," *Washington Afro-American* 103 #7 (10/1/94) p. A13.

Karen Goldberg, "Educators Tell NCAA tests show racial bias," in *The Washington Times* (9/23/94) p. B5.

Kenneth Cole, "Pride and prejudice color debate on melanism," in The Detroit News (4/14/94).

Leon Jaroff, "Teaching Reverse Racism," Time magazine (4/4/94) pp. 74-5.

Women and Language XVII #2 (Fall 1994) p. 68. Announcement of the establishment of the Institute for the Study of Academic Racism. Anita Taylor, Executive Editor.
http://www.pathfinder.com/time/magazine/domestic/1994/940404/940404.science.html

"U.S. and a Racist Fund are Subsidizing 'Genetic Superiority' Theories," *B'nai B'rith Messenger* (18 November 1994) p. 1; 7.  Based on RJ article.  L.A. Weekly circulation - 67,000.

Peter R. & Ginger Ross Breggin, *The War Against Children* (New York: St. Martin's Press, 1994). cited on p. 66 under section:  "The Eugenic Impulse Lives."  Listed in bibliography is "Foundation for fascism," (p. 248) and in Index.

Barry Sautman, "Theories of East Asian Intellectual and Behavioral Superiority and the 'Clash of Civilization'," Paper presented at the Conference on Racial Identities in East Asia (25-27 November 1994).  See, notes 67; 131 (quotes "The New Eugenics" and Foundation for Fascism) 143 (The Nation)

Karen Goldberg, "Educators tell NCAA tests show bias," *The Washington Times* (23 September 1944) p. B5.

Benjamin Beit-Hallahmi, "Ideological Aspects of Research and Intelligence," in *Handbook of Personality and Intelligence*, (Plenum Press, 1994).  Citation of Mehler, "The New Eugenics," 1983).  Citation is on p. 32 of the manuscript in reference to the Pioneer Fund.

Stefan Kühl, *The Nazi Connection: Eugenics, American Racism and German National Socialism* (New York: Oxford University Press, 1994).  From the preface:  "Many American historians,

Page 30
Mehler

notably Daniel Kevles, Garland Allen, Sheila Weiss, Robert Proctor, and Barry Mehler, introduced me to the latest research on American eugenics. ... Barry Mehler provided insightful comments and he spent several days discussing aspects of my research.  He also generously shared many sources." Kühl cites, Mehler, "John R. Commons," M.A. thesis, College of the City of New York, 1972; "The New Eugenics," (1983); "Eliminating the Inferior," (1987; "A History of the American Eugenics Society (1988); "Foundation for Fascism," (1989).

**1993**

"Zwillinge: Zwei Aus Einem Ei," *Stern Magazine* 29 (July 1993) pp. 34-41.  Citation on page 41.

**1992**

James W. Reed, review of Angus McLaren, *Our Own Master Race* in The American Historical Review 97 #1 (February 1992) p. 318.  "Recent notable work in the literature include Daniel Kevles's In the Name of Eugenics: Genetics and the Uses of Human Heredity (1985), Raymond Fancher's The Intelligence Men: Makers of the IQ Controversy (1985), and Barry Mehler's study of the eugenics network in the United States."

**1991**

Roger Pearson, *Race, Intelligence and Bias in Academe* (Washington, D.C.: Scott-Townshend, 1991).  Chapter 7: "Activist Lysenkoism: The Case of Barry Mehler."  The chapter is a scathing critique of my work.

Nancy Leys Stepan, *The Hour of Eugenics: Race, Gender, and Nation in Latin America* (Ithaca: Cornell University Press, 1991).  Cites Mehler, "The New Eugenics" (1983) on p. 31.  She writes, "Your articles on eugenics are extremely interesting to me... I was very glad to come across your piece when I was writing my book." (Stepan to Mehler, 10/22/92).

Peter Knudtson, *A Mirror to Nature: Reflections on Science, Scientists, and Society* (Toronto: Stoddard, 1991).  p. 189.

Joel D. Howell, "The History of Eugenics and the Future of Gene Therapy," *The Journal of Clinical Ethics* (Winter 1991) p. 278.

## PAPERS, LECTURES, AND MEDIA PRESENTATIONS

14 November 2009, "*Genesis as History and Literature*," Congregation Ahavas Israel, Grand Rapids, MI.

14 September 2009. Presentation: Michigan Coalition for Immigration Reform. Loosemore Auditorium, Grand Valley State University Pew Campus, Grand Rapids, MI.

23 October 2008.  Humanities Colloquium: "*The God of Abraham*," Ferris State University.

**EXHIBIT A**
**PAGE 30**

Page 31
Mehler

1 April 2008. Equity Conference. "*From Holocaust Denial to the Bell Curve: Academic Racism in the U.S. –The ISAR Archives Project at Ferris State University*." Barry Mehler, 18th Annual Equity in Education Conference held at Ferris State University, Big Rapids, MI. 30 March to 1 April 2008.

17 April 2008. Rankin Arts Center. Program *Courage to Care*: A discussion of the Holocaust with Dan Noren. Rankin Arts Center. Program organized by Carrie Weiss as part of her exhibit on Oscar Schindler.

19 March 2008. Popular Culture Association presentation: "A World Without Fat People and other Fantasies: Eugenics and Medicalized Genocide," *Intersections of Fatness with Race, Class and Gender*, Popular Culture Association Annual Meeting, San Francisco, CA.

7 July 2007. Presentation: The Terrorist Next Door: *James Wickstrom and the Priesthood of Phineas*. Sanctuary Sabbath presentation for Congregation Ahavas Israel, Grand Rapids.

9 March 2007. Presentation: Michigan Academy of Sciences. "From Holocaust Denial to the Bell Curve: Academic Racism in the U.S. –The ISAR Archives Project at Ferris State University" Michigan Academy of Sciences, Ferris State University, Big Rapids, MI.

7 July 2007. "The Terrorist Next Door: James Wickstrom and the Priesthood of Phineas." Ahavas Israel, Grand Rapids, MI

21 October 2006. Chair and Commenter: Great Lakes History Conference: *American Responses to the Holocaust*. Grand Valley State University, Grand Rapids, MI.

25 October 2007. Humanities Colloquium: "*Resurgent Racism in Michigan*," Humanities Colloquium, Ferris State University Presidents Room.

23 February 2006. Interview with Washington Post reporter, Karin Brulliard for "Anti-Immigration Group to Meet in Herndon: Some Fear Conference Could Cause Clashes in Home of Va. Day-Laborer Debate," *Washington Post* (Friday, February 24, 2006; Page B03). Quoted in the story.

30 January 2006. Conference Call Discussion: *Hate Matters*: Hate Studies Conference Call Discussion with the editor of the *Journal of Hate Studies* and select scholars.

20 October 2005. Presentation: International Fraternity of Delta Sigma Pi Discussion with Dr. Barry Mehler, Founder and Director of the Institute for the Study of Academic Racism, Business 211.

21 April 2005. The Mussar Movement: Jewish Educational Reform in the Late Nineteenth Century. Department of Humanities Colloquium.

Page 32
Mehler

Winter, 2003. "The Development of the Ethical Self: Israel Salanter and the Musar Movement." Course taught at Congregation Ahavas Israel in Grand Rapids.

January, 2003. Genes on Trial: PBS special aired 19 January 2003.  Fred Friendly Seminars. Dr. Mehler appeared with Stephen Breyer, Associate Justice, United States Supreme Court; Johnnie Cochran, Jr. Defense Attorney; Francis Collins, Director, National Human Genome Research Institute; Nadine Strossen, President, American Civil Liberties Union and others.

Performance Art in the Classroom, Eleventh Annual Equity in the Classroom Conference, Big Rapids, MI 22-23 March 2001.
 "Bigotry 101 – The Far Right's Assault on College Campuses," Seminar at the Center For New Community Conference, "Continuing the Journey Against Hate," held in Chicago,

**10-11 March, 2000.**

"From Genocide to Genthansia," Honors Program presentation, Fall 2000.

Between 1988 and the present I have appeared on *ABC World News Tonight, The Donahue Show, Geraldo, Jane Wallace Show, CNN, Global World News (Canada)*, and *Canadian Public Television's The Journal*.

 "Genes on Trial: Genetics, Behavior, & the Law," Fred Friendly Seminar's, (PBS, January 2003). Participants included Supreme Court Justice Stephen Breyer, attorney Johnnie Cochran, journalist Stanley Crouch and Human Genome Project Director, Francis Collins.

 "Bigotry 101 – The Far Right's Assault on College Campuses," Seminar at the Center For New Community Conference, "Continuing the Journey Against Hate," held in Chicago, 10-11 March, 2000.

"Defining Race: The Human Genome Project and Beyond," Panel Discussion at Hamilton College, Clinton, NY (21 April 1999).

"American Freedom, American Slavery: The American Revolution and Slavery," Mecosta Chapter of the Daughters of the American Revolution, (21 November 1998.

Chair, Academic Racism:  Roundtable discussion at the 1998 "Building Democracy Conference: Countering the Far-Right in the Midwest," Sponsored by the Center for New Community and the United Church of Christ Chicago, (13-14 November 1998).

Workshop on the History of the Right, Center for Democracy Studies, New York (16 July 16, 1998).

"History of the Ku Klux Klan," Humanities Council Senior Enrichment Day (17 June 1998).

CHAIR: "Eugenics and citizenship in the interwar period," Session at the American Historical Association Annual Meeting.  Atlanta, GA (5 January 1996).

**EXHIBIT A**
**PAGE 32**

Page 33
Mehler

"The Nazi Holocaust: Racism in the Guise of Science," Grand Valley State University (18 January 1995).

"For Whom the Bell Does Not Toll," Symposium held at Davenport College (16 January 1995). The symposium was organized by ISAR. Sponsors included the Grand Rapids chapter of the NAACP, the Urban League, Davenport College, Ferris State University and the Institute for the Study of Academic Racism.

*ABC World News Tonigh*t Agenda Report on the Pioneer Fund (22 November 1994).  This five minute piece broke the story of the Pioneer Fund connection to the Bell Curve and was based on my research.

"Scientific Briefing on the Re-Examination of the NCAA Academic Performance Study," U.S. House of Representatives, Washington, D.C. (22 September 1994).

"Re-examination of the NCAA Academic Performance Study," conference sponsored by the McIntosh Foundation and the University of Illinois, Cosmos Club, Washington, D.C. (4-6 August 1994).

"The Supreme Court, Race & the Political Process," Panel discussion following presentation by then Chief Justice Stephen Breyer, U.S. Court of Appeals (currently Associate Justice, U.S. Supreme Court).  Panelist included: David Shipler, Pulitzer Prize winning author; and Neil Lewis, *New York Times* legal correspondent. ADL National Executive Committee Meeting, Detroit, MI (22 October 1993).

"Roger Pearson and the Pioneer Fund," paper presented at conference on Racism: Its Scientific Justification and Educational Consequences, University of Illinois at Urbana Champaign (22-24 April 1993).

"Academic Racism," Keynote address before the Universities Organizing for Equity Conference, University of Montreal, Quebec, Canada (20 March 1992).

"The International Eugenics Network," presentation at the First International Congress on Prejudice, Discrimination and Conflict sponsored by the Winston Institute for the Study of Prejudice, held in Jerusalem, Israel (1-4 July, 1991).

"The New Eugenics: Foundation for Fascism," presented at the Conference on the Scientific Methods and Social Implications of Race Research sponsored by the African Students Association of the University of Western Ontario, Ontario, Canada (8 February 1991).

"The Origins of the Animal Rights Movement in America," presentation before the Students' Forum (20 November 1990). Central Michigan University, Mt. Pleasant, MI.

"The Founding of the ASPCA," American Association of Laboratory Animal Science (12 September 1990).  Clarion Hotel, Big Rapids, MI.

**EXHIBIT A**
**PAGE 33**

Page 34
Mehler

"Responses to Academic Racism," University of Illinois YMCA Friday Forum Series (23 February 1990) Champaign-Urbana, IL.

"The Institutional Context of the New Eugenics," paper presented at the 1990 AAAS Annual Meeting, (16 February 1990) New Orleans, LA.  Session organized by Dr. Ethel Tobach, Curator, American Museum of Natural History, New York, NY.

"The Carrie Buck Case: American Sterilization on Trial," Second Annual Conference on Humanities, Science and Technology, Ferris State University, 8 April 1989.

"Computer Assisted Instructional Programs for the History Curriculum," Paper presented at the annual meeting of the Michigan Academy of Science, Arts, and Letters, 17 March 1989.  at GVSU

"Guns, Drugs, and the CIA," Presentation for Drug Awareness Week, Ferris State University, 20 February 1989.

"Losing Ground: I.Q. Testers Perceptions of Fertility Differentials with Respect to Intelligence, 1920-1985."  Paper presented at the History of Science Society Meeting, October 30, 1987.

"A Comparison of American and Nazi Sterilization Programs, 1933-1940," Paper presented at the Regional Meeting of Phi Alpha Theta, University of Illinois, Champaign, March 28, 1987.

"Racism in America," Focus 580, WILL (University of Illinois Public Radio), Urbana, IL., January 27, 1987.

"The Theory and Practice of Genocide: Nazi Medical Experiments in Eugenics," Paper presented at Hillel Foundation, Urbana, Ill. December 3, 1986.

University of Wisconsin, Milwaukee, "The Specter of the New Eugenics," November 17, 1986.

"Understanding LaRouche," Focus 580, WILL radio, Urbana, IL., April 9, 1986.

"The American Eugenics Society and the Immigration Act of 1924:  The Case of H.S. Jennings," Mid-America American Studies Conference, Urbana, April 14, 1985.

"Computer Database Management Systems and the Future of the Historical Profession," American History Group, University of Illinois, March 23, 1984.

"The American Eugenics Society: A Case Study in Scientific Racism" Paper presented at the 12th Annual Cheiron Society meeting (June 19, 1980). Co-authored with E. Fine.

**EXHIBIT A**
**PAGE 34**

Page 35
Mehler

## LEGAL CONSULTATIONS

Since 1984 I have served as an expert witness and consultant in civil rights and libel cases. In 1984, I testified as an expert witness for the defense in the libel trial of Shockley v. Cox Enterprise. Since then I have served as a consultant in a number of labor, civil rights, libel, and Fourth Amendment cases.

John Gadzichowski, Special Litigation Council, U.S. Department of Justice, Civil Rights Division (February 1997). Regarding labor recruitment and testing issues.

Frost, Szymanski & Zeff, Pier Five at Penn's Landing, Philadelphia, PA 19106. (May 1995-1996).

LaBrum & Doak, 1818 Market St. 29th Floor, Philadelphia, PA 19103. (May 1995).

Jay T. Hischauer, Attorney. P.O. Box 900, Logansport, IN 46947 (May 1995).

John Otto, Attorney, P.O. Box 3998, Champaign, IL 61826-3998. (1994).

Terrence B. Adamson, Hansell & Post, First Atlanta Tower, Atlanta, GA. Re: William B. Shockley v. Cox Enterprise, Inc. and Roger Witherspoon; U.S. District Court for the Northern District of Georgia, Civil File Action # C81-1431A. (Testified as an expert witness, 13 September 1984).

## MEDIA CONSULTATIONS

2005, Consultant for History Channel Documentary on Mengele's work at Auschwitz. The documentary is being produced by Andrew Tilles who recently won a Peabody award for his documentary of the Rwandan Genocide. This public television documentary will benefit both students and the community and will be an educational resource available to our students in a whole range of course on disabilities and discrimination and prejudice.

2005, Consultant for Citizens Commission on Human Rights (CCHR) to produce a series of documentaries on human rights abuses in mental health. The CCHR is using my published work, especially "In Genes We Trust." An on camera interview was included in the final production.

Gavin MacFayden, CAFE Production, #6 Tutnell Park Rd., London, N70DP (England). Producing a three part series for British Channel Four on the history of eugenics. In production, 1996

Hooley McLaughlin, Ontario Science Center. "A Question of Truth." Consultant in putting together a new permanent multi-media exhibit on a broad range of issues related to truth and science demonstrating the social context of science. Fall 1995.

Ken Jacobson, producer. "For the Protection of Themselves and of Posterity: A History of Eugenics in America," sponsored by the California and National Humanities Councils. In production, 1995.

Page 36
Mehler

ZDF (Zweites Deutsches Fernsehen) ZDF Straße 1, Postfach 40, 55100 Mainz. Film directed by Didi Danquart and Dr. Ludger Weß on twins studies research. I was both a consultant in the production and filmed over a two day period for the documentary which is scheduled for release in the Fall of 1995.

Omni Film Productions. 204-111 Water St. Vancouver, Canada BC V6B 1A7. Consultant on production of documentary on the *Protocols of the Elders of Zion*.

Cinefort, Inc. 3603 Saint-Laurent, Montreal H2X 2V5 (514) 289-9477. Consultant in the production of a documentary: *On the Eighth Day: Perfecting Mother Nature* for Canadian Broadcast Corporation on the ethical, social and political issues related to modern biological technology. The program was sponsored by the National Film Board of Canada and aired September 1 & 8th 1992. My name is included in the credits.

Howard Goldenthal, CBC Fifth Estate 790 Bay Street, 6th Floor, Toronto, ON M5G 1N8 (416) 975-6693. Consultant for this T.V. magazine show. I have been called a number of times for information and advice on eugenics and academic racism.

Eileen Thalenberg, Canadian Broadcast Corporation. I advised on the production of, "*Improving on Nature*," a segment in The Nature of Things series hosted by David Suzuki, (March 1985).

Scientists' Institute for Public Information, 355 Lexington Ave. New York, New York, 1980 to present.

Scott Degarmo, Editor, *Science Digest Magazine*, 888 Seventh Ave. New York, NY. I was flown to New York to consult with the editorial staff of this major popular science magazine, (July 1983).

Boyd Bosma, National Educational Association's Human and Civil Rights Specialist, 1201 16th St. N.W. Washington, D.C., (July 1983),

Betty Booker, Reporter, *Richmond Times-Dispatch*. She flew to St. Louis to interview me for a feature article which appeared Sunday April 13, 1980.