# Passion for the Past

As I tell my students, I was born into the most powerful nation that had ever existed. The United States economy was larger than that of the entire rest of the world!  We were bigger than France, Germany and England combined, we were larger that Europe, Asia, Africa and Latin America combined. As a "baby-boomer," I grew up in a country where everything was getting better. My parents did better than my grandparents and I was going to do better than my parents.

I graduated high school with the equivalent of a Ph.D. in Hebrew and Aramaic, but was nothing more than a high school education from the perspective of old world Jews. My teaching philosophy is rooted in my yeshiva experiences. This was an educational system based on the philosophy that the universe existed for no other purpose than to allow Jewish boys to study the Talmud. Talmud study was not a means to a living or a way to train the mind. It was an end in itself. This stress on the intangible world of non-instrumental values is the force that generates "The Show."

I founded the Institute for the Study of Academic Racism. In 1998, ISAR was recognized by the White House as a resource for those monitoring  trends in academic racism, biological determinism and eugenics.  In 2007, I presented my findings on resurgent racism in Michigan based on my experiences with neo-Nazi groups in Kalamazoo, Lansing and Cadillac.

Professor Mehler's talk or as he prefer's "The Show" is titled: *Sympathy for the Devil* and is sponsored by Camel cigarettes.  This show will be about the basic issue of looking at terrible events from the wrong perspective, whatever that happens to be. It is like rubbing history the wrong way.



Location: UC 202A
Date: April 4th, Monday
Time: 6:30-8pm
Light Refreshments
Everyone is welcome!!