

# FERRIS STATE UNIVERSITY
## ACADEMIC SENATE

March 16, 2017

Dear Professor Mehler:

The Distinguished Teacher Award Selection Committee had a challenging time selecting a recipient from the highly qualified pool of finalists. Unfortunately, you were not selected for the award this year. The Committee would like to express its appreciation for the great effort that you put into the selection process and for welcoming us into your classes. We all benefited from the experience. The Committee regards your status as a finalist to be a very significant achievement. You are an exemplary teacher and Ferris State University is privileged to have you as a faculty member.

The Distinguished Teacher Award recipient and finalists are honored at the Employee Service Award Ceremony (formerly the Strawberry Pie Reception). The Employee Service Award Ceremony is April 25, 2017, from 3:00-5:00 p.m. in the University Center Ballroom. Please RSVP when you receive the reservation form via campus-wide notices on Outlook.

We have enclosed a copy of the comments that were collected form students in your classes. We hope that they will provide you with valuable feedback. On behalf of the Committee, I offer our sincere congratulations on being a finalist for the 2016 – 2017 Distinguished Teacher Award.

Sincerely,


Jennifer Lamberts, Chair
Distinguished Teacher Award Committee

cc: President Eisler
    Provost Blake

1201 S. State Street, CSS 208A
Big Rapids, MI 49307-2288

Phone: (231) 591-2691
Web: www.ferris.edu/senate

**EXHIBIT F**
**Page 1**