# HIST 122
# Dr. Barry Mehler
# Spring 2022 (January 10 - May 6)
10218 - HIST 122 – 001 (MW at 3:00 in MUS 122.
10220 - HIST 122 – 002 (T/R 9:30 in MUS 122.

**Dr. Barry Mehler**
**Email: mehlerb@ferris.edu**
**Office Hours: MW 10:00-12:00 and by appointment. Office Hours are by Zoom.**

**This syllabus may be subject to change during the semester!**

## A bit about the Professor:
**Dr. Mehler is a senior professor here at Ferris. He has been teaching here for over 30 years.**
**The Shoah Archive Project:**
**https://ferris.edu/HTMLS/news/archive/2017/may/shoah.htm**
**I am also the director of the Institute for the Study of Academic Racism:**
**www.ferris.edu/isar**
**ISAR Recognized as National Civil Rights Resource by White House**
http://www.ferris-pages.org/ISAR/white-house.htm
**Or, just google "Barry Mehler" and you will get 122,000 hits, but don't believe everything you read. I am not a weasel despite what they say!**
**https://www.amren.com/news/2012/10/phil-rushton-has-died/**
**Dr. Mehler's Bad Dream: https://www.theguardian.com/books/2019/may/18/race-science-on-the-rise-angela-saini**

**How to Contact Dr. Mehler:**
The best way to contact me is by email (mehlerb@ferris.edu). **The subject line should always contain the course designation**.

**Note: All students, regardless of vaccination status, will be required to wear a face mask while in the classroom. If you come to class without a mask, I will have one available for you. There will be no eating or drinking in the classroom. If you need to eat or drink you will need to leave the classroom. If you refuse to wear a mask, I will call security to have you removed and report you to the Office of Student Conduct for disciplinary action.**

**Week I Assignment: Please write a journal essay of at least three pages (750 words) describing how the pandemic has affected your life in the past year and half. How have things changed for you. How tough has it been? If you have been through the disease, how was it? How much**

**anxiety do you have going forward? Do you feel safe and happy or not quite? See our Canvas page for instructions on submission.**

**The introduction is worth up to 10 points. You can decide what you would like to include in your introduction, but I would like to know a few basic facts. What year are you in, what are your goals, what is your major, how long have you been at Ferris. Do you love or hate history? If you are a history buff, what is your favorite subject. If you hate history, why? What was your favorite movie of 2021!**

**The Introduction is part of a requirement I have to let the administration know that you are actually attending class. At the end of the week, if I haven't gotten something from you, I will have to inform the administration that you are not in the class. This is a federal requirement. If you don't do it, you might lose your benefits!**

**Week I: Please review the material in the Introduction module.**

**We are starting with Chapter 16: America's Gilded Age. Your first quiz and Inquizitive assignments are due Sunday night January 23rd at midnight.**

**PREREQUISITE COURSES/SPECIAL SKILLS:**
Prerequisite: None. Special skills: All history courses require good reading skills. Students must be able to evaluate reading material, identify the main ideas, and place facts in a meaningful context.

**COURSE DESCRIPTION:**
A history of the United States from 1877 to the present. The social, cultural, political, and economic developments of this period as well as the European and nonwestern influence on our society. This Course meets General Education Requirements: Cultural Enrichments and new Fall 2017 Culture.

**COURSE OBJECTIVE/FOCUS:**
1. Gaining a broader understanding and appreciation of American intellectual and cultural development.
2. Discovering the implications of history for self-understanding.
3. Gaining factual knowledge of American History.
4. Learning fundamental principles and theories of historical change.
5. Developing self-discipline, critical reading, test taking, and basic computer skills.
6. Learning how to express ideas clearly.
7. Developing a historical understanding of contemporary social issues.

**REQUIRED COURSE MATERIALS:**
    **Eric Foner, *Give Me Liberty*: *An American History* Brief Edition 6th volume 2. You must also purchase access to InQuizitive. An ebook with online access is only $35. Online access is $20. If you want a print copy and to save some money, buy a cheap print copy and pay the $20.**

Ordering options for the store:
**Brief 6e Volume 2 * Chapters 15–28 * Reconstruction to Present:**
- **$35.00 Ebook:** available for purchase direct for students at digital.wwnorton.com/givemeliberty6brv2

or through your bookstore with the registration card ISBN: 978-0-393-41821-7
- **$59.00 net Paperback** ISBN: 978-0-393-41820-0

**Naomi Oreskes and Erik M. Conway,** *The Collapse of Western Civilization: A View from the Future* **(New York, Columbia University Press, 2015). This little book is only $10.00. ISBN: 9-780231-169547.**

**PERFORMANCE CRITERIA:**
**Exams: You must complete the Inquizitive exercise and the weekly chapter quizzes by Sunday midnight of the week the chapter is due. There will be no extensions on exam times. If you have a legitimate reason to miss a quiz let me know and you may be excused but the quiz will not be re-opened. Don't wait until the weekend to do the assignments! I would suggest starting with the Inquizitive early in the week. The exercise will help you prepare for the quiz.**

**There will be opportunities for extra credit during the semester including an optional extra credit research paper. If you prefer to be graded on a term paper contact me for a Zoom meeting to discuss it. I enjoy meeting with my students, especially now, so don't be shy about asking for a meeting. I'm here for you and my schedule is wide open, so whether your working days or nights, we ought to be able to find a time to meet.**

**COURSE STRUCTURE: (Note: This calendar is subject to change.)**
**Week I: 8/31-9/5 – Introduction**
**==Assignment:== Every student must submit a short introduction. This is a graded assignment worth 10 points. It must be done by 1/17 because I am required to certify to the powers that be that you are really in my class! It is a federal government requirement, which means, if I don't hear from you, I will report that you are not participating and you will lose any student aid your signed up for, so please, do the introduction!!!**

**Week II: 9/6-9/12**
Chapter 16: America's Gilded Age

**Week III: 9/13-9/19**
Chapter 17: Populist Era pp. 512-545

**Week IV: 9/20-9/26**
Chapter 18: Progressive Era, pp. 546-577

**Week V: 9/27-10/3**
Chapter 19: WWI, pp.578-611

**Week VI: 10/4-10/10**
    Chapter 20: Depression I, 612-642

**Week VII: 10/11-10/17**
    Chapter 21: New Deal, pp. 643-675

**Week VIII: 10/18-10/24**
    Chapter 22: WWII, pp. 676-710

**Week IX: 10/25-10/31**
    Chapter 23: Cold War, 711-739

**Week X: 11/1-11/7**
    Chapter 24: 1953-1960, 740-771

**Week XI: 11/8-11/14**
    Chapter 25: The Sixties, 773-808

**Week XII: 11/15-11/21**
    Chapter 26: Conservatism 1969-1988, 809-842

**Week XIII: 11/22-11/28**
    Chapter 27: 1989-2001, 843-916

**Week XIV: 11/29-12/5**
    Chapter 28: New Century, 877-917

**Week XV: 12/6- 1/12**
    The Collapse of Western Civilization

**XVI: 12/13-12/17**
    **Conclusions**

Student Learning Outcomes:
#1>the ability to analyze complex historical problems,
#2>the ability to critically evaluate historical information from a variety of sources,
#3>the ability to demonstrate clear and concise communication,
#4>the ability to collaborate with peers.

# History 230
# History of Michigan
# Spring 2022
### January 10 to May 6, 2022

**Instructor: Dr. Barry Mehler**
Office:  ASC 2064
**Off Hours:** MW 10:00-12:00 and by appointment.
**Email: mehlerb@ferris.edu**
Note:  When sending an email always indicate the course designation (Hist 230).

**Course Title:  History of Michigan**
**Credit Hours: 3**
**Class Meets: Tuesday-Thursday 12:00-1:15 in MUS 122**

**This syllabus is subject to change with reasonable notice.**

## A bit about the Professor:
**Dr. Mehler is a senior professor here at Ferris. He has been teaching here for 30 years.**
**I am the director of the Shoah Archive Project:**
**https://ferris.edu/HTMLS/news/archive/2017/may/shoah.htm**
**I am also the director of the Institute for the Study of Academic Racism:**
**www.ferris.edu/isar**
**Or, just google "Barry Mehler" and you will get 122,000 hits, but don't believe everything you read. I am not a weasel despite what they say!**
**https://www.amren.com/news/2012/10/phil-rushton-has-died/**
**Youtube: Donahue Show, 1991.**
**https://www.youtube.com/watch?v=yeEFjr1pfaY**

General Education: This class counts towards the
**General Education cultural enrichment requirement**.

**Course Objectives:**

The purpose of this course is to help each student understand Michigan's cultural, political, social, and economic development in the past and its place in the present United States and the world. We will study state and local events in the larger context of national trends and what is unique and universal about the Wolverine state. In doing this we will look at the critical decisions made, who made the decisions, what influenced the decision makers, the effects of these decisions on Michigan and the United States and whether these actions were in the best interests of the state and nation. This course should also increase a student's critical thinking, reading, and writing skills.

**PREREQUISITE COURSES/SPECIAL SKILLS:**
Prerequisite: None.  Special skills: All history courses require good reading and thinking skills.  Students must be able to evaluate reading material, identify the main ideas, and place facts in a meaningful context. This course is a discussion of Michigan history, not lectures on Michigan history. Much of what I have learned about Michigan has come from my students! Class participation can get you an A!

**Special skills:**  All history courses require good reading skills.  Students must be able to evaluate reading material, identify the main ideas, and place facts in a meaningful context.

**Required Text:**
**Bruce A. Rubenstein and Lawrence E. Ziewacz, Michigan: A History of the Great Lakes State (John Wiley, 2014).**

**Anna Clark,** *The Poisoned City: Flint's Water and the American Urban Tradegy.* **(New York: Metropolitcan, 2018).**

**Bridge Magazine.** https://www.bridgemi.com/
**Bridge Magazine is an online news source devoted to Michigan news. Each week we will discuss one or two articles that appear in the magazine.**

**Recommended but not Required:**
**JoEllen McNergney Vinyard,** *Right in Michigan's Grassroots: From the KKK to the Michigan Militia* **(Ann Arbor: University of Michigan Press, 2011).**

**PART I: MICHIGAN IN THE EARLY YEARS**
 **Lecture Topics Will Include**:
    Michigan: The Physical Environment Early
    Inhabitants
    European Explorers
    and Settlers Michigan
    in the Old Northwest
    Michigan and the War
    of 1812

**READING ASSIGNMENT FOR PART I: Rubenstein & Ziewacz, Chapter I-III**

 **PART 2: MICHIGAN TAKES SHAPE**
**Lecture Topics Will Include:**
    Trappers Out Farmers In A Troubled
       Entry into the Union Michigan and
       the Civil War The Lumber and
       Mining Industries Health Food,

**EXHIBIT G**
**Page 6**

Breakfast Cereals, and the Kellogg Family Progressive Reform in Michigan Industry Comes to the State Automobiles and the Future of the State

**READING ASSIGNMENT FOR PART 2:**
**Rubenstein & Ziewacz**

**Part 3 MICHIGAN IN THE TWENTIETH CENTURY**
**Lecture Topics Will Include:**
Michigan and the Great War
The 1920s, Business, Booze, and Bad Guys The Great Depression and the Labor Movement World War II: The Arsenal of Democracy Race Relations in Michigan Michigan in the Post-Industrial Society

**READING ASSIGNMENT FOR PART III:**
**Rubenstein & Ziewacz, pp. 213-324.**
**McNergney Vinyard,** *Right in Michigan's Grassroots.*

**All other readings will be posted on the course MyFSU page.**

**Course requirements and grading policies:**
**Class participation: It is impossible to pass this course without significant class participation. I always try to give the student the best grade possible. If your term paper is really excellent but your exam grades are poor I will usually put more weight to the term paper. If you contribute to the class, especially a contribution that I can use for future classes, I often give people a bump in their grade. In other words, there are a lot of different ways to achieve an. Below is the standard weight I give to our assessment tools.**

**Examinations: 200 Points.**
There will be two major exams - a midterm and a final exam. The midterm and final will consist of short answer and take-home essay questions. All work done at home must be typed or computer printed. No handwritten work will be accepted. There may also be quizzes.

**Bridge Magazine Weekly Assignment: 50 points**
**Journal Assignments: 50 points**

**Term Paper: 200 points.**
Each student must prepare a term paper. Information on term papers will be posted separately in the Course Documents folder.

**In short, you have three hundred points divided between exams and a term paper. However, I have been known to give students an A for creative engagement in the class. For example, producing a YouTube, doing original research and in general contributing to our exploration.**

**Grade Scale:**
      A      = 475
      A-    = 450
      B+    = 440
      B     = 325
      B-    = 300
      C+    = 290
      C     = 275
      C-    = 250
      D+    = 240
      D     = 225
      D-    = 200

**Outcomes and Objectives:**
After taking this course Ferris graduates should be able to:
- graduates of this course should be able to demonstrate an increased understanding of the cultural dynamics that have created the modern state of Michigan.
- Students will have an increased ability to interpret cultural influence on the creation of a state identity. Students will learn to appreciate and understand that Michigan differs significantly from Minnesota and that those differences represent deep divisions which are historically rooted.
- The student will be better able to make and justify ethical distinctions in the application of science to public policy.
- The student will exhibit an improved ability to understand contemporary issues involving controversial scientific notions and be able to make informed choices on such issues. For example, some in the pro-life movement are currently calling for the Supreme Court to reverse Roe v. Wade based on "developments in the scientific understanding of the origins of life." Our students will be better able to evaluate such statements which are ubiquitous in our culture.
- Students will come away with an increased knowledge of the methodology of historical analysis as a discipline in the humanities.
- 

*STUDENT LEARNING OUTCOMES:*
**FSU Gen Ed Cultural Enrichment Objectives:**
1. Be able to look at works or historical events from different perspectives.
2. Have increased knowledge about some aspects of cultures.
3. Have increased knowledge of the techniques or methodology of a discipline in the humanities.

**Michigan Dept of Ed Content Standards:**
1.5 Understand narratives about major eras of U.S. history by identifying people involved, describing the setting, and sequencing events.
1.7 Reconstruct the past by comparing interpretations written by others from a variety of perspectives and creating narratives from evidence.

# History 361
# Genocide in the Twentieth Century
# Spring 2022 (January 10 – May 6)

**Instructor: Dr. Barry Mehler**

**Email: mehlerb@ferris.edu – always indicate which class you are in. I have almost 200 students in five classes. I need to know which class you are in when you write!**
**Zoom Office Hours: MW 10:00-12:00 – I will send out a URL right before the office opens.**

**Course Title: Genocide in the Modern World**
**CRN: 12029 - HIST 361 - VL1**
**Credit Hours: 3**
**This is a fully online class, but we will try to find a time when we can all meet on Zoom for short discussions.**

## A bit about the Professor:
**Dr. Mehler is a senior professor here at Ferris. He has been teaching here for over 30 years.**
**I am created the Shoah Archive Project:**
**https://ferris.edu/HTMLS/news/archive/2017/may/shoah.htm**
**I am also the director of the Institute for the Study of Academic Racism:**
**www.ferris.edu/isar**
**Or, just google "Barry Mehler" and you will get 122,000 hits, but don't believe everything you read. I am not a weasel despite what they say!**
**https://www.amren.com/news/2012/10/phil-rushton-has-died/**
**Dr. Mehler's Bad Dream: https://www.theguardian.com/books/2019/may/18/race-science-on-the-rise-angela-saini**

**General Education:** This class counts towards the
**General Education cultural enrichment requirement and Global Diversity.**

**Official Course Description:**
This course offers a history of racism in the modern world, from European colonial expansion to the present. Special emphasis will be placed upon the post-World War II era and racisms impact on the United States, Europe, Africa and the Middle East. Topics include: anti-Semitism and the rise of racism in the modern world; global migration and ethnic relations in the 19th and 20th centuries; race science and the eugenics movement, and contemporary racist ideologies including the theological, scientific and ideological bases for modern racist movements. Meets General Education Requirements for Culture and Global. Pre-Requisite: ENGL 250. Typically offered Fall semester.

**Expanded Course Objectives:**
This seminar focuses on the history of the American response to genocide in the twentieth century. Our main text, *"A Problem From Hell"* by Samantha Power is a

Pulitzer Prize winning study of the American response to genocide in the twentieth century. Besides this text, we will be listening to video-taped recordings of victims, criminals and rescuers from all the major genocides of the twentieth century. We will begin with the Armenian genocide (1915-1917), The Holocaust (1933-1945), the Pol Pot genocide in Cambodia (1976-1979), the Rwandan Genocide (1994) and the genocide against Muslims in Bosnia, Srebrenica and Kosovo. During the semester students will be expected to pay particular attention to the ongoing current genocides against the Yazidi in Iraq and Syria, the Rohingya in Myanmar, the Uighurs in China as well as Southern Sudan. We will make extensive use of the Shoah Archive of over 50,000 full-length biographies of victims and rescuers for all the above genocides. The Shoah Archive is an extraordinary resource that was a gift of a Ferris Alum. Dr. Mehler was the first Director of the Shoah Project.

Our aim will be to understand the historical roots, immediate causes, implementation, and aftermath of state-sponsored violence and then to attempt to make comparisons among them. We will begin by considering some of the theoretical and definitional issues that genocide poses. Using both primary and secondary sources, we will focus on historians' interpretations of genocide. Then we will compare the historians' versions of events to the memory of the genocides recorded by victims and perpetrators. Finally, we will turn our attention to the representation of genocide in feature and documentary films. Our main aim in all of this is both to comprehend genocidal violence as a particularly vicious form of state policy and also as a human and personal experience of terror and murder. To do so, we will have to confront not only killers and their victims, but bystanders and survivors. This material is disturbing and poses profound questions about human behavior and human nature.

**Warning:** The subject matter of this course is very disturbing and can stir emotional and physical trauma in the student. Some people like watching horror movies, others experience nightmares. These are individual difference. You may think you won't be affected by the material and find yourself later experiencing physical problems. Please take a moment to consider the advisability of taking this course. There is still time to switch to a course that might be less emotionally stressful. If you have a problem, please let me know, our counseling staff is ready to help. If for any reason, you can't continue participating in the course as it is structured, I will work out an independent course of study for you at your comfort level.

If you do experience problems, here are a couple of places to go. You can should talk to me if you feel comfortable. I'm not a trained therapist and I certainly wouldn't be offended if you didn't feel like discussing a problem with me or if after talking to me you felt you needed more professional help. Here are a couple of resources to get you started:
https://www.ferris.edu/HTMLS/studentlife/PersonalCounseling/steppedcare.htm
https://www.ferris.edu/HTMLS/studentlife/PersonalCounseling/therapeutic-services.htm

**PREREQUISITE COURSES/SPECIAL SKILLS:**
There are no prerequisites for this course. All history courses require good reading and thinking skills. Students must be able to evaluate reading material, identify the main ideas, and place facts in a meaningful context.

You will also be required to write a 2,500-word term paper or research project. The project needs to utilize the Shoah Archive and must be based on both primary and secondary sources. We teach how to write a research paper in our "Craft of History" course. Hist 250 is not a requirement for this course, but I assume you know the basics of using the FLITE databases, creating bibliography which distinguishes between primary and secondary sources.

This course will require you to do four things: listen carefully to selected testimonies from the Shoah Archive, read the assigned materials, share your observations and in the second half of the semester, participate in a presentation based on your research. All students will be required to submit a 2500-word essay at the end of the semester. In addition, there will be a midterm and final as well as quizzes.

**Required Text:**
**Most of the readings will be posted online. Don't buy any of these until you see our Modules. I provide a lot of the required text material and notes on the readings.**

**Samantha Power, "*A Problem From Hell*" *America and the Age of Genocide* (NY: Basic Books, 2002/2013).**

**Omar Bartov and Phyllis Mack,** *In God's Name: Genocide and Religion in the Twentieth Century* **(New York 2011).**

**Henry Greenspan, "Survivor Accounts" in** *The Oxford Handbook of Holocaust Studies* **(2010) pp .414-424.**

**Recommended:**
**Primo Levi,** *The Drowned and the Saved* **(New York: Vintage, 1988).**

**Sonja M. Hedgepeth and Rochelle G. Saidel (editors),** *Sexual violence against Jewish women during the Holocaust* **(Waltham: Brandies University Press, 2010).**

**Videos**:
**You must fill out a "Video Reporting Form" for each film you watch in order to get credit. We will be watching the following:**

**Watchers of the Sky**
Watchers of the Sky is a 2014 American documentary film directed by Edet Belzberg. The film premiered at the 2014 Sundance Film Festival on January 20, 2014 in the U.S. Documentary Competition. It won the two awards at the festival.
**Initial release:** January 20, 2014
**Director:** Edet Belzberg

**The Killing Fields** (Available on YouTube)
New York Times reporter Sydney Schanberg (Sam Waterston) is on assignment covering the Cambodian Civil War, with the help of local interpreter Dith Pran (Haing S. Ngor) and American photojournalist Al Rockoff (John Malkovich). When the U.S. Army pulls out amid escalating violence, Schanberg makes exit arrangements for Pran and his family. Pran, however, tells Schanberg he intends to stay in Cambodia to help cover the unfolding story -- a decision he may regret as the Khmer Rouge rebels move in
**Release date:** February 1, 1985.
**Awards:** Academy Award for Best Actor in a Supporting Role and many other awards.

**Shake Hands with the Devil** (Available on YouTube)
Lt. Gen. Roméo Dallaire led peacekeeping mission to Rwanda during the genocide in 1994.
**Initial release:** September 28, 2007 (Canada)

**Hotel Rwanda**
Paul Rusesabagina (Don Cheadle), a Hutu, manages the Hôtel des Mille Collines and lives a happy life with his Tutsi wife (Sophie Okonedo) and their three children. But when Hutu military forces initiate a campaign of ethnic cleansing against the Tutsi minority, Paul is compelled to allow refugees to take shelter in his hotel. As the U.N. pulls out, Paul must struggle alone to protect the Tutsi refugees in the face of the escalating violence later known as the Rwandan genocide
**Release date:** December 22, 2004 (USA)

**Module I: Introduction to Genocide**
**Student introductions:** Please introduce yourself to the rest of the class. Explain who you are and what program you're in and why you chose this degree. If you like you may share a bit about your life and family, hobbies, ambitions, phobia's and a pic or your avatar! Really, whatever you feel comfortable sharing. I will start first and introduce myself to you.

**Discussion Topics Will Include**:

**How to define genocide; Raphael Lemkin and the birth of the term, the Nuremberg Tribunal and the creation of "crimes against humanity."**

**Is the Holocaust unique? Comparative genocide studies. How do we compare atrocities?**

**A short history of genocides: Armenian, Jewish, Cambodia and Rwanda.**

**The scope of genocide today, Yazidis, Dafur, Rohingya.**

**Video:** *Watchers of the Sky*
WATCHERS OF THE SKY interweaves four stories of remarkable courage, compassion and determination, while setting out to uncover the forgotten life of Raphael Lemkin – the man who created the word 'genocide,' and believed the law could protect the world from mass atrocities. Inspired by Samantha Power's Pulitzer Prize-winning book, *A Problem from Hell,* WATCHERS OF THE SKY takes you on a provocative journey from Nuremberg to The Hague, from Bosnia to Darfur, from criminality to justice, and from apathy to action.
http://watchersofthesky.com/about-the-film/
Youtube Trailer: https://www.youtube.com/watch?v=1e0HFCKcVhc

**READING ASSIGNMENT FOR PART I**

**Week I: Power, Preface, xi-xxi; Chapter I, pp. 1-17.**

**Week II: Power, Chapters 2-3, pp. 17-46**

**Week III: Power, Chapter 4-5, pp. 47-86.**

**Week IV: Power, Chapter 6 -7, pp. 87-170 (Cambodia)**
    **Film: The Killing Fields**
    *The Killing Fields* is a 1984 British biographical drama film about the Khmer Rouge regime in Cambodia, which is based on the experiences of two journalists: Cambodian Dith Pran and American Sydney Schanberg.
    **Youtube Trailer:** https://www.youtube.com/watch?v=mTfqXmVVjPU

**Week V: Power, Chapter 8, pp. 171-246 (Iraq)**

**Week VI: Power, Chapter 9, pp. 247-328 (Bosnia)**

**Week VII: Power, Chapter 10, pp. 329-390 (Rwanda)**

**Week VIII: Power, Chapter 11-12, pp. 391-474 (Srebrenica and Kosovo)**

**Week IX: Power, Chapter 13-14, pp. 475-516**

**PART 2: Testimony**

**READING ASSIGNMENT FOR PART 2:**

**Week X: Henry Greenspan, "Survivor Accounts"** in *The Oxford Handbook of Holocaust Studies* **(2010) pp .414-424.**
**Primo Levi, The Damned and the Saved**
    Term Papers Due

**Week XI: Sonja M. Hedgepeth and Rochelle G. Saidel (editors),** *Sexual violence against Jewish women during the Holocaust* **(Waltham: Brandies University Press, 2010).**

**Part 3: Students will choose five testimonies from the Shoah Archive to present to the group.**
**See the Testimony Rubric on Blackboard.**
**Week XII-XVI**

**Course requirements and grading policies:**
**Class participation: It is impossible to pass this course without significant class participation. Students will be required to present material and participate in the class discussions.**

**Examinations: 200 Points.**
There will be two major exams - a midterm and a final exam. The midterm and final will consist of short answer and take-home essay questions. All work done at home must be typed or computer printed. No handwritten work will be accepted. There may also be quizzes.

**Journals: 100 Points**
Students must turn in one personal journal each week. You are required to write at least 100 words for each journal.

**Term Paper: 200 points**
**Video and Shoah Reporting forms: 100 points.**
**Term Project presentation: 100 points.**
Each student must prepare a term paper. Information on term papers will be posted separately in the Course Documents folder.

**Ferris State University History Program Student Learning Outcomes (SLOs):**
   SLO #1—The ability to analyze complex historical problems.
   SLO #2—The ability to critically evaluate historical information from a variety of sources.
   SLO #3—The ability to demonstrate clear and concise communication.
   SLO #4—The ability to collaborate with peers.


**Grade Scale:**
   A    = 675
   A-   = 650
   B+   = 640
   B    = 625
   B-   = 600
   C+   = 590
   C    = 575
   C-   = 550
   D+   = 540
   D    = 525
   D-   = 400

7

**Outcomes and Objectives:**
After taking this course Ferris graduates should be able to:
- graduates of this course should be able to demonstrate an increased understanding of the cultural dynamics that have created modern genocide.
- Students will have an increased ability to understand the causes of modern demicide and genocide.
- The student will be better able to make and justify ethical distinctions in the application of science to public policy.
- The student will exhibit an improved ability to understand contemporary issues involving genocide.
- Students will come away with an increased knowledge of the methodology of historical analysis as a discipline in the humanities.
- 

*STUDENT LEARNING OUTCOMES:*
**FSU Gen Ed Cultural Enrichment Objectives:**
1. Be able to look at works or historical events from different perspectives.
2. Have increased knowledge about some aspects of cultures.
3. Have increased knowledge of the techniques or methodology of a discipline in the humanities.

**Page 16**