# EXHIBIT H

DATA STICK WITH AUDIO/VIDEO FILE ATTACHMENTS

Case No.:

Berry Mehler v. Ferris State University, et al. (W.D. Mich. 2022)

## VIDEO 1

Audio and video recording of Dr. Mehler's introductory video for his Spring 2022 Term classes. A/K/A the "Video" in the Complaint.

| | |
|---|---|
| Audio/Video File Date/Time: | 1/25/2022 at 4:09 p.m. |
| Audio/Video File Size: | 3.27 MB |
| Audio/Video File Type: | MP4 File (.mp4) |
| Audio/Video File Name: | 1 - Professor Mehler - The Video |
| Audio/Video Run Time: | [00:14:13] (hh:mm:ss) |

## VIDEO 2

January 9, 2022, audio and video recording of Dr. Mehler's introductory video for his History 122 Class.

| | |
|---|---|
| Audio/Video File Date/Time: | 1/25/2022 at 4:18 p.m. |
| Audio/Video File Size: | 5.69 MB |
| Audio/Video File Type: | MP4 File (.mp4) |
| Audio/Video File Name: | 2 - Professor Mehler - History 122 |
| Audio/Video Run Time: | [00:7:48] (hh:mm:ss) |

**EXHIBIT A**
**PAGE 1**

## VIDEO 3

Audio and video recording of Dr. Mehler's introductory video for his History 361 Class, part 1 of 2

  Audio/Video File Date/Time:  1/25/2022 at 4:21 p.m.

  Audio/Video File Size:  7.88 MB

  Audio/Video File Type:  MP4 File (.mp4)

  Audio/Video File Name:  3 - Professor Mehler - History 361 Part I

  Audio/Video Run Time:  [00:00:24] (hh:mm:ss)

## VIDEO 4

Audio and video recording of Dr. Mehler's introductory video for his History 361 Class, part 2 of 2.

  Audio/Video File Date/Time:  1/25/2022 at 4:27 p.m.

  Audio/Video File Size:  128.17 MB

  Audio/Video File Type:  MP4 File (.mp4)

  Audio/Video File Name:  4 - Professor Mehler - History 361 Part II

  Audio/Video Run Time:  [00:18:14] (hh:mm:ss)

---

## Help using this file:

  The audio/video file is stored on the data stick as an MP4 file. Plaintiff's counsel has confirmed that this audio/video file can be viewed on a PC running Windows 10 pro using Windows Media Player, the Movies & TV Player App., and VLC Media Player.