Intro MBN 010722
https://www.youtube.com/watch?v=RrOzY86YcEM

Let me take off this helmet, sorry, I just got in from Rigel 7! The intergalactic internet is all abuzz about this planet. I don't know if you have noticed but it is dangerous to breathe the air. Many of your experts advise wearing masks because there is a deadly virus spreading across your planet. Your civilization is collapsing and life on your planet is going extinct. Maybe you just didn't notice but the level of suffering on this planet is through the roof!

At any rate, welcome to the new season of **MORE BAD NEWS** brought to you by Camels Cigarettes! Yes, Camel cigarettes. When I was your age, more doctors smoked Camels than any other cigarette. Here let me prove it to you!
(play clip: https://www.youtube.com/watch?v=gCMzjJjuxQI )
So, don't believe all the hype you hear about smoking being bad for you. Native Americans have been smoking the sacred leaves for thousands of years. After we arrived, they introduced it to us and we turned around and marketed it to the world. I bet you never thought to it, but people all over the world smoke cigarettes and we did that! It was one of the greatest accomplishments of American capitalism. The Indians always thought it was holy, sacred, meant to be shared on special occasions. We saw it as a marketing venture, a way to make huge profits off of an addictive product that would eventually kill you. Pure capitalism. Turning death into profit.

Back to the show. I want to introduce myself before we actually meet F2F, as we say these days, which everyone knows is short for Fuck 2 Fuck, which really means that we are all fucked. When you see me next week, I will be wearing this helmet which has HEPA filters all around the neck. These filters purify the air coming into the helmet and the air being expelled from the helmet, so I'm protecting both myself and you'll.

"Now I may have fucked up my life flatter than hammered shit but I stand before you today beholden to no human cocksucker and working a payin fuckin union job. And no limbered-dick cocksucker of an administrator is going to tell me how to teach my courses because I'm a fuckin tenured professor! So, if you want to go complain to your dean, fuck you! Go ahead. I'm retiring at the end of this year and I couldn't give a flyin fuck any longer. You people are just vectors of disease to me and I don't want to be anywhere near you. So keep your fucking distance. If you want to talk to me, come to my zoom."

Now, the question I wanted to pose to you'll is this: is the above soliloquy plagiarism?

EXHIBIT I
Page 1

First a few definitions. The word soliloquy means speaking one's thoughts aloud when by oneself or regardless of any audience, especially by a character in a play or movie. Plagerism means taking someone else's work or ideas and passing them off as your own. I'm not exactly quoting from my source but my words are adapted from scene 1 episode 1 of Deadwood where Whitney Ellsworth, introduces himself. Let's listen: https://www.youtube.com/watch?v=C34MfyNxIsU

So, is my adaptation of this scene plagiarism? Well, If I hadn't brought your attention to the source, it would be plagiarism and if you get caught stealing other people's words you can be in a lot of trouble. Here at Ferris, you can be expelled. The end of your career. You got caught cheating and it cost you for the rest of your life. Of course if you don't get caught your fine, which is why I always encourage my students to avoid getting caught. And if I got caught, if someone found the source of my soliloquy and exposed me for the fraud I am nothing at all would happen.

Anyway, that is why we use citations to identify the source of material we use in our presentation. It doesn't have to be a direct quote, if the material your presenting was inspired by some source, you need to identify the source. And your reader needs to be able to find it. So, listing the book you got the quote from won't be enough. You can't find a quote in a book without a page number! Keep that in mind, it is one of the most common reasons students end up with a B on a paper that could easily have been a A.

Anyway, back to my soliloquy!

So, what you really want to know is how the fuck am I going to get out of this course alive with an A? That is the real question. How does this asshole professor grade? Well, let me ease your mind about that. You don't have a thing to worry about because you have absolutely no control over your grade. It doesn't matter how fucking hard your work or how great your grades are. My grading system is based on the Calvinist doctrine of predestination. I figure if it was good enough for America, it's good enough for me. The Indians didn't lose because they failed, they tried everything and nothing worked because the universe doesn't give a shit about justice. It's all predestination. And you'll are predestined to lose just like the Indians.

So you should know that the American colonies, especially in the North were founded by Christians who were basically Calvinist of one sort or another. And Calvinist doctrine can be seen woven through American ideas about justice. You might want to check that out someday, but we are moving on.

**Here is how Calvin saw the universe**. Calvin believed that a person was either predestined for salvation or damnation. Most people were chosen for damnation because all humans are sinners damned by their own ugly soul. But, despite how

EXHIBIT I
Page 2

disgustingly ugly your soul might be, God in His infinite mercy has chosen, at random I might add, a few individuals for salvation. Those people are saved by grace alone, not by any righteous actions they may have performed. It doesn't fuckin matter that you go to church or give charity. Your actions don't count. Nobody earns salvation because nobody is that good.

And that is the way it is in my class. I figure if it was good enough for Calvin, it's good enough for me. None of you cocksuckers are good enough to earn an A in my class. So, I randomly assign grades before the first day of class. I don't want to know shit about you, I don't even look at your names…. Just the numbers and I assign a grade. That is how predestination works and don't come fuckin complaining to me, take your complaints to God, He ordained this system, not me. I'm just one of his prophets.

**Attendance Policy:**
There was an interesting letter to the New York Times written in response to an opinion piece they ran entitled, "Republicans Cry 'Freedom' While People Die" (9/9/21).

"I am a professor at Clemson University, where I've taught for eight years. Like my colleagues, I was forced to teach in person this semester, which began on Aug. 18. After two class sessions, with full mask compliance among my students, I tested positive for Covid. I'm vaccinated but among the breakthrough cases that are increasing rapidly in places where there are no vaccine requirements.

There is no vaccine mandate at Clemson, and only 53 percent of students report having had a vaccination. I'm very ill with fever, chills, loss of taste and smell, and hallucinations at night.

As Ms. Renkl argues, the blame here rests squarely on the South Carolina Republican-led government — and, I would add, on Clemson's board of trustees and executive leadership, whom I implore to issue a vaccine mandate to protect the safety of faculty, staff, students and community members. (WALT HUNTER, PENDLETON, S.C.)

Our situation here at Ferris is about the same as described in this letter. The only difference is that I'm going to be 75 years old in March and Covid has already killed one of every 100 Americans over the age of 60! In other words, whatever you think of the risk of Covid, I live in a very different world. My risk is much greater than yours.

In our first assignment you're going to tell me how the last two years have been for you. Last semester I had a lot of students tell me about how the pandemic has affected their families. Many students families have suffered serious financial problems because they run small businesses. Others told stories of missing seeing grandparents on Christmas

EXHIBIT I
Page 3

because of Covid. They didn't want to expose grandma and grandpa to a disease that could very well kill them.

Listen up, folks. I'm old enough to be your grandpa and you people are vectors of disease to me. So, when I look out a classroom filled with 50 students what I see is fifty selfish kids who don't care if grandpa lives or dies. If you won't expose your grandpa to possible infection with Covid, then stay away from me. If you don't give a shit whether grandpa lives or dies, by all means come to class.

Now, before any of you go running to complain – and it happens every semester…. "Dr. Mehler said we shouldn't come to class!"

So, let me clarify my attendance policy. First let me explain that the professor has complete discretion with regard to an attendance policy. Many professors, for example, allow three unexcused absences while other professors do not take attendance and attendance is not required. My classes are all designed to be taught remotely and everything you need to earn an A is available to you on our Canvas page. There is no benefit whatsoever to coming to class. I will not take questions in class because I'm wearing this fucking helmet in order to stay alive. So, please, come to class and enjoy the show. I will be there regularly because I have no choice. You, on the other hand, have a choice.

**EXHIBIT I**
**Page 4**