Cagel Suspension 011122

Professor Mehler,

This email is to inform you that the University is placing you on paid administrative leave effective immediately, pending investigation of the posting of your recent video—please see the attached letter for more details. To be clear, you are not expected to teach or fulfill other duties during this leave, starting tomorrow, in person or remotely. We in the administration will see to getting your courses covered by other instructors. To reiterate, this is a *paid* suspension; while it is in effect expect to receive full pay, including overload.

Sincerely,

RC


Dr. Randy Cagle
He, Him, His
Dean, College of Arts, Sciences, and Education / Ferris State University
820 Campus Drive - ASC 3052 N Big Rapids, MI 49307
(231) 591-3668 office | (231) 591-2618 fax
231-591-3665(w)

**EXHIBIT J**
**Page 1**



## FERRIS STATE UNIVERSITY
COLLEGE OF ARTS AND SCIENCES

January 11, 2022

Professor Barry Mehler
216 Rust Avenue
Big Rapids, MI 49307

RE: Paid Leave and Investigation

Dear Professor Mehler,

The University has reason to believe that you may have engaged in misconduct. You are being placed on temporary paid administrative leave while an investigation is conducted into allegations about your conduct as set out in the presentation at this link: https://youtu.be/RrOzY86YcEM.  Your conduct appears to violate Section 4.1(A) of the Collective Bargaining Agreement and Section 8-701of the University's policies (https://www.ferris.edu/administration/Trustees/boardpolicy/Part8/Subpart-8-7-Employee-Student-Dignitylastrev12-18-20.pdf). If the allegations are substantiated, the nature and form of the consequences, if any, will be predicated on the investigatory findings of which you will be apprised.  You should take down the recording identified above but not alter or destroy the recording.

During this process, you are directed to abide by the following:

1. You will be placed on temporary paid leave effective today, January 11, 2022. If you need to remove personal belongings from your work area, please make arrangements with my office. From that point on, until advised otherwise by my office, you are to remain off campus, and refrain from contact with current or former students or colleagues regarding the investigation or your employment status other than your Union.

2. If you need to initiate any contact within the University community while on paid leave, please make arrangements through my office.

3. As a result of the investigation, the University will prepare a statement of findings and conclusions. The duration of the investigation is unknown. Your cooperation, candor, and truthfulness are required. If you should choose, you have the right to have a representative present during any questioning. You are expected to cooperate and answer questions truthfully.

4. If you change your contact information, please advise my office at once, as we may need to contact you at any time.

5. While on the temporary paid leave, you may have access to your University e-mail account, but you are not to communicate with any students. You are also directed not to delete, alter, or

820 Campus Drive, ASC 3052
Big Rapids, MI 49307-2225

Phone: (231) 591-3660
Fax: (231) 591-2618
Web: www.ferris.edu/cas

modify any electronic communications, your social media accounts, files, or documents, including any of your personal e-mail or text messages, including but not limited to the University's computers, electronic devices, or servers. You are obligated to maintain any and all records pertaining to students, whether electronic or otherwise.

6. You will refrain from any interaction that might be construed as being of a retaliatory nature.

7. Please ensure that any University property, including keys or key cards, computers and/or equipment, remains in your office or is left with my office.

8. Make yourself available for assignments and other work tasks. You are expected to cooperate with the person assigned to complete your courses this term to ensure that your students' progress is determined and grades to date determined.

9. Promptly produce any documents or information requested by the University.

10. Take no action to interfere with or obstruct the University's investigation.

If there are any questions or concerns, please direct them to my attention at your earliest convenience.

Sincerely,

*[signature]*

Randy Cagle, Ph.D.
Dean, College of Arts, Sciences and Education
cagler@ferris.edu

cc: Charles Bacon, FFA President
Brandy Vanderhovel, MEA UniServ Director
Bobby Fleischman, Provost
Fredericka Hayes, Human Resources
Michael Garrity, Labor Relations
HR personnel file

**EXHIBIT J**
**Page 3**