NEWS    SPORTS    FEATURES    LIVE IN THE D    ANN ARBOR    WEATHER    TRAFFIC    NEWSLETTERS

LOCAL NEWS

# Ferris State University professor suspended over video of profanity-laced rant

Professor insulted students, employer

**Shawn Ley**, Reporter
**Kayla Clarke**, Web Producer

Published: January 14, 2022, 7:31 PM

Tags: **Big Rapids, Mecosta County, News, State, Ferris State University, Controversy, Barry Mehler, Professor**





 NEWS    SPORTS    FEATURES    LIVE IN THE D    ANN ARBOR    WEATHER    TRAFFIC

EXHIBIT N
Page 1

*A Ferris State University professor is facing discipline over a video he posted on YouTube for his students.*



**BIG RAPIDS, Mich.** – A **Ferris State University** professor is facing discipline over a video he posted on YouTube for his students.

The video is laced with profanity and rants against his bosses and the students themselves. The barrage of unrelenting profanity was recorded and shared by 74-year-old professor Barry Mehler.

"If you want to go complaint to your Dean, [expletive] you, go ahead. I'm retiring at the end of this year and I couldn't give a flying [expletive] any longer," he said.

He ranted that as a tenured union professor, Ferris State administration can't touch him. He then called his students "vectors of disease."

"You people are just vectors of disease to me and I don't want to be anywhere near you so keep your [expletive] distance," he said.

Ad

Then he softened his tone and said he was quoting from a TV series called "Deadwood."

He said he presented the rant as a question, but the video goes on for 14 minutes. He rants about COVID and insults his students.

"I was shocked and appalled by this video. It is profane, offensive and disturbing and in no way reflects our University or its values," university president David Eisler said.

**Read: Michigan professor on leave after bizarre video about grades**

*Copyright 2022 by WDIV ClickOnDetroit - All rights reserved.*



NEWS    SPORTS    FEATURES    LIVE IN THE D    ANN ARBOR    WEATHER    TRAFFIC