# Ferris State Professor on Leave After Posting Profanity-Laced Video to Students Online

9and10news.com/2022/01/13/ferris-state-professor-on-leave-after-posting-profanity-laced-video-to-students-online

January 13, 2022

9and10news Site Staff
A Ferris State University professor is off the job after posting a profanity-laced video on YouTube.

Dr. Barry Mehler, Ph.D., a professor of humanities at Ferris State and founder of the Institute for the Study of Academic Racism (ISAR) is on administrative leave after posting a video with offensive language to his YouTube channel on Sunday, Jan. 9. At one point in the 14-minute video, Mehler even threatens to assign random grades to his students on the first day of the Spring 2022 semester.

*Warning: Some viewers may be offended by the language in this video.*



Watch Video At: https://youtu.be/RrOzY86YcEM

Ferris State issued the following statement Thursday:

## Local Trending News

**EXHIBIT O**
**Page 1**

> *Ferris State University is aware of a course video distributed to students, in early January, by a faculty member, believed to be Professor Barry Mehler. The faculty member has been placed on administrative leave pending the outcome of an investigation.*

Ferris State President David Eisler also released a statement, saying:

> *"I was shocked and appalled by this video. It is profane, offensive and disturbing and in no way reflects our University or its values.*

Mehler has been a professor at the Big Rapids university since 1988. His bio on Ferris State's website has been removed.

Mehler will stay on administrative leave pending the outcome of an investigation.

**EXHIBIT O**
**Page 2**