IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Case No: 1:22-cv-71

Honorable:

BARRY MEHLER,

    Plaintiff,

v.

FERRIS STATE UNIVERSITY; DAVID L. EISLER, Individually and in his Official Capacity as the President of Ferris State University; RANDY CAGLE, Individually and in his Official Capacity as the Dean of Ferris State University's College of Arts, Sciences and Education; Ferris State University's BOARD OF TRUSTEES; and Amna P. Seibold, Anna L. Ramirez-Saenz, Rupesh K. Srivastava, LaShanda R. Thomas, George K Heartwell, Kurt A. Hofman, and Ronald E. Snead, in their Official Capacities as the Trustees of Ferris State University's Board of Trustees,

    Defendants.

## VERIFICATION OF COMPLAINT [ECF 1]

Matthew J. Hoffer (P70495)
Matt@BradShaferLaw.com
Zachary M. Youngsma (MI P84148)
Zack@BradShaferLaw.com
**Shafer & Associates, P.C.**
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
T: 517-886-6560
F: 517-886-6565

*Attorneys for Plaintiff*

    COMES NOW Plaintiff Barry Mehler, by and through his undersigned counsel of record, and hereby submits the attached Verification of Plaintiff's Verified Complaint for Emergency Injunctive Relief; Damages; and Further Injunctive Relief [ECF 1].

1

Respectfully submitted,

Dated: January 26, 2022

*/s/ Matthew J. Hoffer*
Matthew J. Hoffer (P70495)
Matt@BradShaferLaw.com
Zachary M. Youngsma (MI P84148)
Zack@BradShaferLaw.com
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
T: 517-886-6560
F: 517-886-6565

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, the foregoing document was filed with the United States District Court for the Western District of Michigan via its CM/ECF utility thereby causing service upon all parties of record by operation of the Court's CM/ECF system, except as follows:

No attorney has appeared on behalf of any Defendant. Service of the forgoing document will be effectuated along with the Summons and Complaint upon all defendants in accordance with proofs of service to be filed.  A courtesy copy will also be provided on January 26, 2022 to the following individual, via email only, who the undersigned has been informed will serve as counsel for some or all of the Defendants:

Robert M. Vercruysse
Clark Hill PLC
500 Woodward Ave., Suite 3500
Detroit, MI  48226
313-965-8325 – Tel.
313-309-6958 – Fax
RVercruysse@ClarkHill.com

                                    */s/ Matthew J. Hoffer*
                                Matthew J. Hoffer (P70495)
                                **SHAFER & ASSOCIATES, P.C.**