# EXHIBIT 3

## DECLARATION OF RANDY CAGLE

STATE OF MICHIGAN    )
                     ) §
COUNTY OF MECOSTA    )

Randy Cagle, Dean of Ferris State University College of Arts, Sciences and Education, being duly sworn, deposes and states as follows:

1. I have served as the Dean of Ferris State University College of Arts, Sciences and Education since July 19, 2021.

2. Professor Barry Mehler is a faculty member of the College of Arts, Sciences and Education.

3. Before January 11, 2022, I became aware that Ferris State University had received complaints from students about profanity directed at them in a video that Professor Mehler had sent to the students enrolled in his classes.

4. Based on the complaints received from students, I recommended that it was appropriate to conduct an investigation of the students' complaints.

5. On January 11, 2002, I sent a written communication to Professor Mehler and his Union notifying him that he was being placed on a paid administrative leave pending investigation of possible misconduct that violates the Collective Bargaining Agreement and University policies.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on February 14, 2022.

_____
Randy Cagle