UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case Number | Date | Time | Place | Judge |
|---|---|---|---|---|
| 1:22-cv-71 | 3-7-22 | 9:56-11:40 a.m.; 11:51 a.m.-12:44 p.m.; 12:55-1:49 p.m.; 1:57-2:26 p.m.; 2:42-3:46 p.m.; 3:59-4:29 p.m. | Grand Rapids | Jane M. Beckering |

## CASE CAPTION

| Plaintiff: | Defendants: |
|---|---|
| Barry Mehler | Ferris State University et al. |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| Zachary Youngsma<br>Matthew Joseph Hoffer | Plaintiff |
| Anne-Marie Vercruysse Welch<br>Robert M. Vercruysse<br>Stephanie V. Romeo | Defendants |

## WITNESSES

| Witness: | Called by: |
|---|---|
| Tracey Ward | Plaintiff |
| Barry Mehler | Plaintiff |
| Qian Ding | Defendants |
| Dorothy Stakley | Defendants |
| Trinidy Williams | Defendants |
| Robert Fleischman | Defendants |

## PROCEEDINGS

**NATURE OF HEARING:** Hearing on Motion (ECF No. 3) held; Order to issue. Plaintiff's Exhibits X, Y, Z and AA admitted. Defendants' Exhibits 9, 10, 11, 12, 13, 14 and 15 admitted. Rule 16 Scheduling proceeding adjourned.

Court Reporter: Melinda Dexter
Law Clerk: R. Buitendorp