UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY MEHLER,

    Plaintiff,

v.

FERRIS STATE UNIVERSITY, et al.,

    Defendants.
_____/

Case No. 1:22-cv-71

HON. JANE M. BECKERING

**ORDER**

In accordance with the Bench Opinion issued by the Court on March 7, 2022:

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a Preliminary Injunction (ECF No. 3) is DENIED for the reasons stated on the record.

Dated: March 7, 2022

       /s/ Jane M. Beckering
       JANE M. BECKERING
       United States District Judge