UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY MEHLER,

        Plaintiff,                               Case No. 1:22–cv–71

v.                                         Hon. Jane M. Beckering

FERRIS STATE UNIVERSITY, et al.,

        Defendants.
_____/

## NOTICE OF HEARING CANCELLATION

      The Rule 16 scheduling conference set in this matter for **March 7, 2022** is hereby **adjourned without date.**

                                                  JANE M. BECKERING
                                                  United States District Judge

Dated:  March 7, 2022           By:    /s/ Rick M. Wolters_____
                                                     Case Manager