UNITED SATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARRY MEHLER,

    Plaintiff,

vs.

FERRIS STATE UNIVERSITY, DAVID L. EISLER, individually and in his official capacity as President of Ferris State University; RANDY CAGLE, individually and in his official capacity as Dean of Ferris State University's College of Arts, Sciences and Education; FERRIS STATE UNIVERSITY BOARD OF TRUSTEES; and AMNA P. SIEBOLD, ANNA L. RAMIREZ-SAENZ, RUPESH K. SRIVASTAVA, LASHANDA R. THOMAS, GEORGE K. HEARTWELL, KURT A. HOFMAN, and RONALD E. SNEAD, in their Official Capacities as Trustees of Ferris State University's Board of Trustees,

    Defendants.

Case No. 1:22-CV-00071

Hon. Jane M. Beckering
Hon. Magistrate Judge Ray Kent

| | |
|---|---|
| **MATTHEW J. HOFFER (P70495)**<br>**ZACHARY M. YOUNGSMA (P84148)**<br>**SHAFER & ASSOCIATES, P.C.**<br>3800 Capital City Blvd., STE 2<br>Lansing, MI 48906<br>T: (517) 886-6560<br>F: (517) 886-6565<br>Matt@bradshaferlaw.com<br>Zach@bradshaferlaw.com<br>Attorneys for Plaintiff | **ROBERT M. VERCRUYSSE (P21810)**<br>**ANNE-MARIE VERCRUYSSE**<br>**WELCH (P70035)**<br>**CLARK HILL PLC**<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226<br>(313) 965-8325  (313) 309-6958<br>rvercruysse@clarkhill.com<br>awelch@clarkhill.com<br>Attorneys for Defendants |

<u>**DEFENDANTS' EXHIBIT 9**</u>
<u>**INTRODUCED AT HEARING ON 3/7/2002**</u>

**From:** Barry A Mehler <BarryMehler@ferris.edu>
**Sent:** Wednesday, February 9, 2022 12:04 PM
**To:** Randy L Cagle <RandyCagle@ferris.edu>
**Subject:** Retirement

Randy,

I spoke with HR yesterday and they said I should formally let you know that I intend to retire at the end of the Fall 2022 semester so that December 2022 will be my termination date.

Scott Cohen wrote previously saying that I was considering working half time as long as it could be fully remote, but since then I've reconsidered and that is no longer an option I'm willing to consider.

So, next Fall will be my last semester teaching. I would like to remain active emeritus and keep my email. As I mentioned previously, an organization I started 40 years ago has been nominated for a Nobel Peace Prize. We will know definitively sometime in the Fall. The prize is awarded in December.

b

Barry Mehler, Director
Institute for the Study of Academic Racism
www.ferris.edu/isar

1

Rev 8/2017

# FERRIS STATE UNIVERSITY
*Personnel Action Form (PAF)*
Separation from University

| For processing only | | |
|---|---|---|
| HR | Finance | Payroll |
| | | |

**PPAIDEN**
Last Name: **Mehler**        First Name: **Barry**        Middle: **A**
SSN/Banner ID: **10099281**   Date of Birth*:              Preferred First Name:
*only complete for new hires

**ADDRESSES**
MA - Mailing (home)     Street:
☑ No change             City:           State:        Zip Code
                        Phone:
FO - Ferris Office:     Building          Room:       Campus Phone
☑ No change
FM - Ferris Mail Drop:  Building:         Room:
☑ No change

**NBAJOBS**
Position Number: **F11326**     Suffix Number: **00**
                                Job End Date: **12/19/2022**
Job Change Reason: **TE003 - Retirement**

Additional Jobs to be Ended.
Position Number:                Suffix Number
                                Job End Date.

Position Number:                Suffix Number
                                Job End Date

LABOR DISTRIBUTION (if additional lines are needed, add to comments)

| Index | Fund | Org | Account | Program | Activity | % |
|---|---|---|---|---|---|---|
| G33500 | | | 6300 | | | 100 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Funding FOAP (if different from labor distribution, if additional lines are needed, add to comments)

| Index | Fund | Org | Account | Program | Activity | % |
|---|---|---|---|---|---|---|
| | | | | | | |

Emeriti Status Requested: **Yes**     Separation Reason: **RA - Regular retirement-emeriti**
Comments: **Employee retirement letter attached.**

Please attach resignation/retirement letter and/or any other supporting documentation

**APPROVALS**
Originator: **Christi Swank**   Digitally signed by Christi Swank   Date **12/19/2022**
                                Date: 2022.02.10 10 29 45 -05'00'
Department:                                                          Date:
Primary Asgmt. Supervisor:                                           Date
Dean/Director/AVP:                                                   Date:
Vice President:                                                      Date:
President:                                                           Date.

Please see the PAF Signatures/Copying Guide (available on the PAF homepage) for signature and copying requirements. If early access is needed, please fill out the request for pre-employment access
Document for internal processing only. This is not an employment contract

Payroll/HR use only
Earnings Code _____ Salary Group _____ Grade _____ Table _____ Step _____                Doubled By _____