**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

BARRY MEHLER,

    Plaintiff,

vs.

FERRIS STATE UNIVERSITY, DAVID L. EISLER, individually and in his official capacity as President of Ferris State University; RANDY CAGLE, individually and in his official capacity as Dean of Ferris State University's College of Arts, Sciences and Education; FERRIS STATE UNIVERSITY BOARD OF TRUSTEES; and AMNA P. SIEBOLD, ANNA L. RAMIREZ-SAENZ, RUPESH K. SRIVASTAVA, LASHANDA R. THOMAS, GEORGE K. HEARTWELL, KURT A. HOFMAN, and RONALD E. SNEAD, in their Official Capacities as Trustees of Ferris State University's Board of Trustees,

    Defendants.

Case. No.1:22-CV-00071

Hon. Jane M. Beckering
Hon. Magistrate Judge Ray Kent

---

| | |
|---|---|
| **MATTHEW J. HOFFER (P70495)**<br>**ZACHARY YOUNGSMA (P84148)**<br>**SHAFER & ASSOCIATES, P.C.**<br>3800 Capital City Blvd., STE 2<br>Lansing, MI 48906<br>T: (517) 886-6560<br>Attorneys for Plaintiff | **ROBERT M. VERCRUYSSE (P21810)**<br>**ANNE-MARIE VERCRUYSSE WELCH (P70035)**<br>**CLARK HILL PLC**<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI  48226<br>(313) 965-8325<br>rvercruysse@clarkhill.com<br>awelch@clarkhill.com<br>Attorneys for Defendants |

_____

**STIPULATED ORDER JOINING ALL CLAIMS AND DISMISSING COMPLAINT WITH PREJUDICE**

At a session of said Court, held on:
_____, 2022
    Present: _____
Honorable Jane M. Beckering

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Berry Mehler has joined all claims that he has had at any time up to the entry of this Order against Defendants, Ferris State University, and each of its affiliated entities, as well as each their respective current or former Board of Trustees members, Board of Trustees, administrators, directors, employees, agents, representatives, benefit plans and benefit plan fiduciaries, both individually and in their official capacities; including David L. Eisler, Randy Cagle, Amna P. Seibold, Ana L. Ramirez-Saenz, Rupesh K. Srivastava, LaShanda R. Thomas, George K. Heartwell, Kurt A. Hofman, Ronald E. Snead, the FFA; MEA; and NEA (including individual Board members, administrators, employees, members, and/or agents) and its predecessors, successors, parents, subsidiaries, affiliates, any and all related entities, including, past and current officers, trustees, directors, members, board members, employees, agents, attorneys, insurance companies and assigns in their official and individual capacities; and

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the Complaint and all causes of action so joined shall be dismissed with prejudice, with no costs or attorney fees awarded.

This Order resolves all pending claims and closes the case.

_____
Honorable Jane M. Beckering

**Stipulated and agreed:**

| | |
|---|---|
| */s/Matthew J. Hoffer (w/consent)* | */s/Robert M. Vercruysee*_____ |
| **MATTHEW J. HOFFER (P70495)** | **ROBERT M. VERCRUYSSE (P21810)** |
| **ZACHARY YOUNGSMA (P84148)** | **ANNE-MARIE VERCRUYSSE** |
| **SHAFER & ASSOCIATES, P.C.** | **WELCH (P70035)** |
| 3800 Capital City Blvd., STE 2 | **CLARK HILL PLC** |
| Lansing, MI 48906 | 500 Woodward Avenue, Suite 3500 |
| T: (517) 886-6560 | Detroit, MI  48226 |
| F: (517) 886-6565 | (313) 965-8325 |
| Attorneys for Plaintiff | (313) 309-6958 |
| | rvercruysse@clarkhill.com |
| | awelch@clarkhill.com |
| | Attorneys for Defendants |

**Dated: March 15, 2022**

3

09225\437562\266334698