### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

BARRY MEHLER,

    Plaintiff,

vs.

FERRIS STATE UNIVERSITY, DAVID L.
EISLER, individually and in his official
capacity as President of Ferris State University;
RANDY CAGLE, individually and in his
official capacity as Dean of Ferris State
University's College of Arts, Sciences and
Education; FERRIS STATE UNIVERSITY
BOARD OF TRUSTEES; and AMNA P.
SIEBOLD, ANNA L. RAMIREZ-SAENZ,
RUPESH K. SRIVASTAVA, LASHANDA R.
THOMAS, GEORGE K. HEARTWELL,
KURT A. HOFMAN, and RONALD E.
SNEAD, in their Official Capacities as Trustees
of Ferris State University's Board of Trustees,

    Defendants.

Case. No.1:22-CV-00071

Hon. Jane M. Beckering
Hon. Magistrate Judge Ray Kent

---

**MATTHEW J. HOFFER (P70495)**
**ZACHARY YOUNGSMA (P84148)**
**SHAFER & ASSOCIATES, P.C.**
3800 Capital City Blvd., STE 2
Lansing, MI 48906
T: (517) 886-6560
Attorneys for Plaintiff

**ROBERT M. VERCRUYSSE (P21810)**
**ANNE-MARIE VERCRUYSSE**
**WELCH (P70035)**
**CLARK HILL PLC**
500 Woodward Avenue, Suite 3500
Detroit, MI 48226
(313) 965-8325
rvercruysse@clarkhill.com
awelch@clarkhill.com
Attorneys for Defendants

---

### STIPULATED ORDER JOINING ALL CLAIMS AND
### DISMISSING COMPLAINT WITH PREJUDICE

At a session of said Court, held on:

_____ March 15 _____, 2022

Present:   Jane M. Beckering _____

Honorable Jane M. Beckering

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Berry Mehler has joined all claims that he has had at any time up to the entry of this Order against Defendants, Ferris State University, and each of its affiliated entities, as well as each their respective current or former Board of Trustees members, Board of Trustees, administrators, directors, employees, agents, representatives, benefit plans and benefit plan fiduciaries, both individually and in their official capacities; including David L. Eisler, Randy Cagle, Amna P. Seibold, Ana L. Ramirez-Saenz, Rupesh K. Srivastava, LaShanda R. Thomas, George K. Heartwell, Kurt A. Hofman, Ronald E. Snead, the FFA; MEA; and NEA (including individual Board members, administrators, employees, members, and/or agents) and its predecessors, successors, parents, subsidiaries, affiliates, any and all related entities, including, past and current officers, trustees, directors, members, board members, employees, agents, attorneys, insurance companies and assigns in their official and individual capacities; and

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the Complaint and all causes of action so joined shall be dismissed with prejudice, with no costs or attorney fees awarded.

This Order resolves all pending claims and closes the case.

/s/ Jane M. Beckering
Honorable Jane M. Beckering

**Stipulated and agreed:**

*/s/Matthew J. Hoffer (w/consent)*     */s/Robert M. Vercruysee*

**MATTHEW J. HOFFER (P70495)**     **ROBERT M. VERCRUYSSE (P21810)**

**ZACHARY YOUNGSMA (P84148)**     **ANNE-MARIE VERCRUYSSE**

**SHAFER & ASSOCIATES, P.C.**     **WELCH (P70035)**

3800 Capital City Blvd., STE 2     **CLARK HILL PLC**

Lansing, MI 48906     500 Woodward Avenue, Suite 3500

T: (517) 886-6560     Detroit, MI  48226

F: (517) 886-6565     (313) 965-8325

Attorneys for Plaintiff     (313) 309-6958

    rvercruysse@clarkhill.com

    awelch@clarkhill.com

    Attorneys for Defendants

**Dated: March 15, 2022**